B1 (Official Form 1) (1/08)

| **United States Bankruptcy Court**<br>**Southern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Qualitybuilt.com, a California corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 33-0864693 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>15330 Ave of Science<br>San Diego, CA | ZIPCODE<br>92128 | Street Address of Joint Debtor (No. and Street, City, and State | ZIPCODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>San Diego | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE | |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | | | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B1 (Official Form 1) (1/08)** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Qualitybuilt.com, a California corporation |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-739 - 30816 - Acrobat PDFWriter

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Qualitybuilt.com, a California corporation |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

  _____
  Telephone Number (If not represented by attorney)

  _____
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

  _____
  (Printed Name of Foreign Representative)

  _____
  (Date)

### Signature of Attorney*

X  /s/ L. Scott Keehn
  _____
  Signature of Attorney for Debtor(s)

  L. SCOTT KEEHN 61691
  _____
  Printed Name of Attorney for Debtor(s)

  Keehn & Associates, APC
  _____
  Firm Name

  402 W. Broadway, Suite 1210
  _____
  Address

  San Diego, CA  92101
  _____

  (619) 400-2200
  _____
  Telephone Number

  08/14/09
  _____
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110,  2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

  _____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

  _____
  Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

  _____
  Address

X _____

  _____
  Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Elizabeth R. Michaelis
  _____
  Signature of Authorized Individual

  ELIZABETH R. MICHAELIS
  _____
  Printed Name of Authorized Individual

  Secretary
  _____
  Title of Authorized Individual

  08/14/09
  _____
  Date

## <u>CERTIFICATE OF SECRETARY</u>

In accordance with and pursuant to the provisions of Section 314 of the California Corporations Code, I certify that I am the duly qualified and acting Secretary of **QUALITYBUILT.COM,** a duly organized and existing California corporation (the "Corporation").  The attached memorandum is a true copy of resolutions duly adopted by the Board of Directors of such Corporation by written action taken without a meeting in accordance with and pursuant to the provisions of Section 307(b) of the California Corporations Code.

Such resolutions are in conformity with the Articles of Incorporation and the Code of Regulations of the Corporation, have not been modified or revoked, and are now in full force and effect.

DATED:  August 14, 2009            //s// Elizabeth R. Michaelis
                                   **ELIZABETH R. MICHAELIS, Secretary**

117851/5456.01

## MEMORANDUM OF DIRECTORS ACTION
## TAKEN WITHOUT A MEETING BY THE UNANIMOUS CONSENT
## OF THE DIRECTORS OF QUALITYBUILT.COM,
## A CALIFORNIA CORPORATION

The undersigned, being one of the Directors of Qualitybuilt.com, a California Corporation (the "Corporation"), in accordance with and pursuant to the provisions of § 307(b) of the California Corporations Code, does hereby unanimously adopt the following resolutions on behalf of the Corporation, effective August 14, 2009:

**BE IT RESOLVED,** that it is in the best interest of this Corporation, its creditors, shareholders, and other interested parties, that this Corporation file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of California;

**RESOLVED FURTHER,** that either Stanly R. Luhr, as President, or Elizabeth R. Michaelis, as Secretary, acting alone is hereby authorized in the name of, and on behalf of this Corporation, to execute, verify, and file the petition, schedules, and statement of affairs required by the Bankruptcy Code, together with such other documents, pleadings and other papers as may be necessary or proper in connection with the voluntary petition under Chapter 11 of the Bankruptcy Code and proceedings commenced thereby, and to execute and deliver, or file such further documents, pleadings, and papers, and to take such other and further actions as he or she may deem to be necessary or desirable in connection therewith; and,

**RESOLVED FURTHER,** that the Corporation intends to request that the Court appoint the firm of Keehn & Associates, APC as the general bankruptcy counsel to represent the Corporation in the Chapter 11 proceeding authorized by the resolutions previously adopted at this meeting.

Dated:  August 14, 2009

 //s// Elizabeth R. Michaelis
**ELIZABETH R. MICHAELIS**
Secretary

117852/5456.01

**UNITED STATES BANKRUPTCY COURT**

**Southern District of California**

In re    Qualitybuilt.com, a California corporation   ,

                     Debtor

Case No. _____

Chapter    11

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Luhr, Stanley R.<br>1091 Singing Ridge Road<br>El Cajon, CA  92019 | 8,500.00 | Shares of stock (50%) |
| Michaelis, Elizabeth R.<br>5672 Amaya Dr., #202<br>La Mesa, CA  91942 | 8,500.00 | Shares of stock (50%) |

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re   Qualitybuilt.com, a California corporation            ,
                                    Debtor

Case No. _____

Chapter _____11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| California Deposition Reporters P.O. Box 108 Covina, CA  91723 | Accts Receivable PO Box 108 Covina, CA  91723 (800) 242-1996 | Trade Debt | | 8,678.83 |
| Premium Financing Specialists P.O. Box 100384 Pasadena, CA 91189-0384 | Accts Receivable PO Box 100384 Pasadena, CA  91189-0384 (800) 541-2384 | Trade Debt | | 9,513.81 |
| Blue Shield of CA P.O. Box 629014 El Dorado Hills, CA 95762-9014 | Accts Receivable PO Box 629014 El Dorado Hills, CA 95762-9014 (916) 350-7328 | Trade Debt | | 9,922.58 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Insight P.O. Box 78825 Phoenix, AZ 85062-8825 | Accts Receivable PO Box 78825 Phoenix, AZ 85062-8825 (800) 934-4477 | Trade Debt | | 11,405.37 |
| American Express P.O. Box 3600001 Fort Lauderdale, FL 33336-0001 | Accts Receivable P.O. Box 3600001 Fort Lauderdale, FL 33336-0001 (800) 528-2122 | Trade Debt | | 12,000.00 |
| Xerox Corporation PO Box 660501 Dallas, TX 75266-0501 | Accts. Receivable PO Box 660501 Dallas, TX 75266-0501 (800) 822-2200 | Trade Debt | | 12,380.30 |
| AIG 22427 Network Place Chicago, IL 60673-1224 | Accts Receivable 22427 Network Pl. Chicago, IL 60673-1224 (800) 645-2259 | Trade Debt | | 12,764.00 |
| Thorsnes Litigation Services 2550 Fifth Ave Ninth Fl San Diego, CA 92103 | Erik Thorsnes 2550 Fifth Ave., 9th Fl. San Diego, CA 92103 (619) 233-2030 | Attorneys Fees | | 15,183.50 |
| Schwartz & Janzen, LLP 12100 Wilshire Blvd Ste 1125 Los Angeles, CA 90025-7117 | Accts Receivable Schwartz & Janzen, LLP 12100 Wilshire Blvd Ste 1125 Los Angeles, CA 90025-7117 (310) 979-4090 | Attorneys Fees | | 16,692.31 |
| Science Building Partners, LLC & FAEC Holdings 382771, LLC, Tenants in Common 15330 Ave of Science San Diego, CA 92128 | Stan Luhr & Elizabeth Michaelis 15330 Ave of Science San Diego, CA 92128 (800) 547-5125 | Accrued Interest on Loan | | 19,661.54 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Riverwalk Square Dev (Safari Drive) 4725 N. Scottsdale Road #110 Scottsdale, AZ 85251 | Mike Trailor Riverwalk Square Dev 4725 N. Scottsdale Road #110 Scottsdale, AZ 85251 (480) 994-1160 | Refund of Pre-payment | | 26,600.00 |
| Rhule Construction 15330 Avenue of Science San Diego, CA 92128 | Stan Luhr Rhule Construction 15330 Ave of Science San Diego, CA 92128 (800) 547-5125 | Trade Debt | Setoff | 27,716.58 |
| LECG, LLC 2000 Powell St., Ste 600 Emeryville, CA 94608 | Accts Receivable 2000 Powell St., Ste. 600 Emeryville, CA 94608 (510) 985-6700 | Trade Debt | | 32,400.55 |
| Schor & Freeland 600 B Street, Ste 2200 San Diego, CA 92101 | Cindy Freeland Schor & Freeland 600 B Street, Ste 2200 San Diego, CA 92101 (619) 906-2400 | Attorneys Fees | | 37,090.84 |
| Mid-Pacific Testing 94-547 Uk'e St., Ste 200 Waipahu, HI 96797 | John Merriman 94-547 Uk'e St., Ste 200 Waipahu, HI 96797 (808) 676-2720 | Trade Debt | | 49,722.31 |
| Thompson Law Group 2550 Fifth Ave., Ste 600 San Diego, CA 92103 | Kris Thompson Thompson Law Group 2550 Fifth Ave., Ste 600 San Diego, CA 92103 (619) 233-9100 | Attorneys Fees | Disputed | 79,444.03 |
| Schor & Freeland 600 B Street, Ste 2200 San Diego, CA 92101 | Cindy Freeland Schor & Freeland 600 B Street, Ste 2200 San Diego, CA 92101 (619) 906-2400 | Attorneys Fees | | 104,680.63 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Science Building Partners, LLC / FAEC Holdings 382771, LLC 15330 Ave of Science San Diego, CA 92128 | Stan Luhr & Elizabeth Michaelis 15330 Ave of Science San Diego, CA 92128 (800) 547-5125 | Business Loan | | 308,272.48 |
| Science Building Partners, LLC / FAEC Holdings 382771, LLC 15330 Ave of Science San Diego, CA 92128 | Stan Luhr & Elizabeth Michaelis 15330 Ave of Science San Diego, CA 92128 (800) 547-5125 | Rent - Commercial Lease | | 469,781.38 |
| Criterium Engineers 22 Monument Square, Ste 600 Portland, ME 04101 | Herbert A. Mooney Criterium Engineers 22 Monument Square, Ste 600 Portland, ME 04101 (800) 242-1969 | Arbitration Award | Disputed | 3,658,098.23 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date     08/14/09

Signature     /s/ Elizabeth R. Michaelis

ELIZABETH R. MICHAELIS, Secretary

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Southern District of California

In re     Qualitybuilt.com, a California corporation

                 Debtor

Case No. _____

Chapter   _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 2,114,539.30 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 323,569.88 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 12 | | $ 231,663.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $ 6,361,643.64 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 40 | $ 2,114,539.30 | $ 6,916,877.34 | |

# United States Bankruptcy Court
## Southern District of California

In re    Qualitybuilt.com, a California corporation           Case No. _____

                        Debtor

                                                   Chapter      11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  N.A. |
| 4. Total from Schedule F | | $  N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  N.A. |

**B6A (Official Form 6A) (12/07)**

In re   <u>Qualitybuilt.com, a California corporation</u>        Case No. <u>                              </u>
                **Debtor**                                                                   **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re   Qualitybuilt.com, a California corporation
_____
                        **Debtor**

Case No. _____
                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account (Account No. 2020021101)<br><br>California Bank and Trust<br>1024 Graves Ave<br>El Cajon, CA  92021 | | 33,769.68 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   Qualitybuilt.com, a California corporation                    Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | | 1,418,335.40 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Judgment against West Coast Property Consultants, Inc. ("WCPC"), in San Diego Superior Court Case No. GIC 855108. Amount is $1,760,735.51. Debtor has discounted this amount by 20% to estimate its market value because WCPC is a Chapter 11 DIP in Case No. 09-07742-PB11 (S.D. Cal.). | | 408,588.41 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Trademarks See Attachment B-22 | | 16,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

*In re Qualitybuilt.com*
**United States Bankruptcy Court for the Southern District of California**
**Case No. _____**

# ATTACHMENT B-22

### QUALITY BUILT TRADEMARKS

**The following are Registered Trademarks:**

FRAMER ID®
PERFECTING THE ART AND SCIENCE OF QUALITY IN HOME BUILDING®
QUALITY BUILT®
BUILDER I.D.®
QUALITYBUILT.COM®
Q® (design of a stylized letter Q in a rectangle)
QB BUILDER LINK®
QB CLOSURE LINK®
QB RAPID RESPONSE®
HOME ID®
QB LINK®
QB DAP®

**The following are additional trademarks in use by Quality Built:**

BUILDER RISK ASSESSMENT™
TECHNICAL PLAN REVIEW™
RESIDENT EXPERT PROGRAM™
PRODUCTLINK™
SAFETYLINK™
TRADELINK™
PERFECTING THE ART AND SCIENCE OF QUALITY IN CONSTRUCTION™

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   Qualitybuilt.com, a California corporation
_____
        **Debtor**

Case No. _____
                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Desks, chairs, file cabinets, bookshelves, security cameras, fitness equipment, etc. 15330 Ave of Science San Diego, CA  92128 | | 47,528.32 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Computers, Servers, and Development Computers for Testing 15330 Ave of Science San Diego, CA  92128 | | 154,813.12 |
| | | Diagnostic Testing Equipment 15330 Ave of Science San Diego, CA  92128 | | 35,504.37 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

_____0_____ continuation sheets attached    Total    $    2,114,539.30

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re    Qualitybuilt.com, a California corporation                                    Case No. _____
                        **Debtor**                                                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07)**

In re ___Qualitybuilt.com, a California corporation_____,    Case No. _____

Debtor                                                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0190144-0001<br><br>California Bank & Trust<br>1024 Graves Ave.<br>El Cajon, CA 92121<br><br>VALUE $ 250,000.00 | | | Incurred: 01/09/09 - 03/04/09<br>Lien: Line of Credit<br>Security: Personal Guaranty by Stanley R. Luhr & Elizabeth R. Michaelis | | | | 250,000.00 | 0.00 |
| ACCOUNT NO. 0194749400-001<br><br>Dolphin Capital<br>1720A Crete St.<br>Moberly, MO 65270<br><br>VALUE $ 18,200.00 | | | Incurred: 11/04/04<br>Lien: Line of Credit<br>Security: Personal Guaranty by Stanley R. Luhr & Elizabeth R. Michaelis | | | | 3,000.00 | 0.00 |
| ACCOUNT NO. 0194749400-002<br><br>Dolphin Capital<br>1720A Crete St.<br>Moberly, MO 65270<br><br>VALUE $ 19,320.00 | | | Incurred: 02/15/05<br>Lien: Line of Credit<br>Security: Personal Guaranty by Stanley R. Luhr & Elizabeth R. Michaelis | | | | 3,500.00 | 0.00 |

___1___ continuation sheets attached

Subtotal ► $ 256,500.00    $ 0.00
(Total of this page)

Total ► $          $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Qualitybuilt.com, a California corporation_____,  Case No. _____
      **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. N/A <br><br> Elizabeth R. Michaelis <br> 5672 Amaya Dr. #202 <br> La Mesa, CA  91942 | | | Incurred: 08/11/09 <br> Lien: UCC Financing Statement <br> Security: Accounts and Property of Qualitybuilt.com <br><br> VALUE $ 40,000.00 | | | | 40,000.00 | 0.00 |
| ACCOUNT NO. 033-8036734-003 <br><br> Leaf Funding <br> PO Box 644006 <br> Cincinnati, OH  45264-4006 | | | Incurred: 11/07/06 <br> Lien: UCC Financing Statement <br> Security: Lease Assigned - Original Lease with Ford Financial <br> Elizabeth R. Michaelis noted as Personal Guarantor <br><br> VALUE $ 60,680.00 | | | | 6,168.52 | 0.00 |
| ACCOUNT NO. 518634 <br><br> Microsoft Financing <br> (CIT Technology Fin. Svcs) <br> 23896 Network Place <br> Chicago, IL  60673 | | | Incurred: 02/09/06 <br> Lien: Financing for computer hardware and consulting services <br> Security: Secured by Microsoft Licenses <br><br> VALUE $ 628,436.95 | | | | 20,299.17 | 0.00 |
| ACCOUNT NO. 527103 <br><br> Microsoft Financing <br> (CIT Technology Fin. Svcs) <br> 23896 Network Place <br> Chicago, IL  60673 | | | Incurred: 05/17/06 <br> Lien: Financing for computer hardware and consulting services <br> Security: Secured by Microsoft Licenses <br><br> VALUE $ 6,168.61 | | | | 602.19 | 0.00 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ➤
(Total(s) of this page)  $ 67,069.88  $ 0.00

Total(s) ➤
(Use only on last page)  $ 323,569.88  $ 0.00

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6E (Official Form 6E) (12/07)**

In re  Qualitybuilt.com, a California corporation _____ ,    Case No._____
_____Debtor_____                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6E (Official Form 6E) (12/07) - Cont.**

In re: Qualitybuilt.com, a California corporation                    Case No._____
                                                                                                    (if known)
               Debtor

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

10
____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re   Qualitybuilt.com, a California corporation                         ,        Case No. _____
            **Debtor**                                                                                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bates, Charles<br>8544 Alpine Avenue<br>La Mesa, CA  91941 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 2,454.38 | 2,454.38 | 0.00 |
| ACCOUNT NO.<br><br>Brown, Jeremy<br>1165 Fitzgerald Rd #d<br>Simi Valle, CA 93065 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 1,201.20 | 1,201.20 | 0.00 |
| ACCOUNT NO.<br><br>Cooks, David<br>294 Spring Creek Rd<br>Boulder Creek, CA 95006 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 938.84 | 938.84 | 0.00 |
| ACCOUNT NO.<br><br>Correa, Nancy<br>567 Trovita Court<br>Escondido, CA 92027 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 2,526.70 | 2,526.70 | 0.00 |

Sheet no. 1  of  10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 7,121.12 | $ 7,121.12 | $ 0.00 |
| Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B6E (Official Form 6E) (12/07) - Cont.

In re __Qualitybuilt.com, a California corporation_____,          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)      Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Giamanco, Rick <br> P.O. Box 5780 <br> Dillon, CO 80435 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 183.12 | 183.12 | 0.00 |
| ACCOUNT NO. <br><br> Gieske, Alan <br> 17666 Azucar Way <br> San Diego, CA 92127 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 1,455.62 | 1,455.62 | 0.00 |
| ACCOUNT NO. <br><br> Gray-Luhr, Jane <br> 1091 Singing Ridge Rd <br> El Cajon, CA 92019 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 355.39 | 355.39 | 0.00 |
| ACCOUNT NO. <br><br> Hill, Don <br> 1681 Havenwood Drive <br> Oceanside, CA 92056 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 1,081.88 | 1,081.88 | 0.00 |

Sheet no. __2__ of __10__continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ▶ <br> (Totals of this page) | $ 3,076.01 | $ 3,076.01 | $ 0.00 |
| Total ▶ <br> (Use only on last last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B6E (Official Form 6E) (12/07) - Cont.

In re ___Qualitybuilt.com, a California corporation_____,    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    **Sec. 507(a)(4)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hogge, Kelly<br>3368 Daley Center Dr<br>San Diego, CA 92123 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 480.48 | 480.48 | 0.00 |
| ACCOUNT NO.<br><br>Kern, Remi<br>1500 Lakewood Ave #169<br>Modesto, CA 95355 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 337.26 | 337.26 | 0.00 |
| ACCOUNT NO.<br><br>Konechne, Ted<br>4657 Poppy Hills Dr<br>Frisco, TX 75035 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 648.27 | 648.27 | 0.00 |
| ACCOUNT NO.<br><br>LaDow, Ken<br>870 Diamond Street #202<br>San Diego, CA 92109 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 2,021.25 | 2,021.25 | 0.00 |

Sheet no.__3__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ▶<br>(Totals of this page) | $ 3,487.26 | $ 3,487.26 | $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6E (Official Form 6E) (12/07) - Cont**.

In re __Qualitybuilt.com, a California corporation_____,      Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lewis, Michael<br>27620 Susan Beth Way<br>Saugus, CA 91350 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 277.50 | 277.50 | 0.00 |
| ACCOUNT NO. 9738<br>Luhr, Stanley R.<br>1091 Singing Ridge Rd.<br>El Cajon, CA 92019 | | | Incurred: 12/2008 - 05/2009<br>Consideration: Deferred Compensation - Unpaid Salary | | | | 95,538.42 | 10,950.00 | 84,588.42 |
| ACCOUNT NO.<br>Luhr, Stanley R.<br>1091 Singing Ridge Rd.<br>El Cajon, CA 92019 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 6,737.50 | 6,737.50 | 0.00 |
| ACCOUNT NO.<br>Luminais, Michael<br>202 School Street<br>Geneva, IL 60134 | | | Consideration: Active Employee | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __4__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)      $ 102,553.42    $ 17,965.00    $ 84,588.42

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules      $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $    $    $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6E (Official Form 6E) (12/07) - Cont**.

In re  Qualitybuilt.com, a California corporation         ,        Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McPherson, Patrick<br>4192 Mission Inn Ave<br>Riverside, CA 92501 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 1,093.09 | 1,093.09 | 0.00 |
| ACCOUNT NO.  7440<br><br>Michaelis, Elizabeth R.<br>5672 Amaya Dr. #202<br>La Mesa, CA  91942 | | | Incurred: 12/2008 - 05/2009<br>Consideration: Deferred Compensation - Unpaid Salary | | | | 91,980.42 | 10,950.00 | 81,030.42 |
| ACCOUNT NO.<br><br>Michaelis, Elizabeth R.<br>5672 Amaya Dr. #202<br>La Mesa, CA  91942 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 6,737.50 | 6,737.50 | 0.00 |
| ACCOUNT NO.<br><br>Michaelis, Garth<br>11768 S. Oakmond Rd<br>South Jordan, UT 84095 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 3,850.00 | 3,850.00 | 0.00 |

Sheet no. 5  of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 103,661.01 | $ 22,630.59 | $ 81,030.42 |
| Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B6E (Official Form 6E) (12/07) - Cont.

In re ___Qualitybuilt.com, a California corporation_____ ,        Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Molz, Chris<br>P.O. Box 423<br>Clements, CA 95227 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 858.31 | 858.31 | 0.00 |
| ACCOUNT NO.<br><br>Monroe, Janet<br>44700 Via Lucido<br>Temecula, CA 92592 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 808.41 | 808.41 | 0.00 |
| ACCOUNT NO.<br><br>Mozgovaya, Nadya<br>7222 S. Blackhawk St #204<br>Englewood, CO 80112 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 1,637.95 | 1,637.95 | 0.00 |
| ACCOUNT NO.<br><br>Murphy, Sheila<br>7715 El Cajon Blvd #1<br>La Mesa, CA 91942 | | | Incurred: 02/01/09 - 08/01/09<br>Consideration: Accrued Paid Time Off | | | | 1,761.08 | 1,761.08 | 0.00 |

Sheet no.__6__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)    $ 5,065.75    $ 5,065.75    $ 0.00

Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)    $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B6E (Official Form 6E) (12/07) - Cont.

In re ___Qualitybuilt.com, a California corporation_____,    Case No. _____
                **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Myers, Trent <br> 470 Chardonnay Court <br> San Marcos, CA 92069 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 775.24 | 775.24 | 0.00 |
| ACCOUNT NO. <br><br> Payne, Krista <br> 9107 Clearlake Way <br> Lakeside, CA 92040 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 345.56 | 345.56 | 0.00 |
| ACCOUNT NO. <br><br> Reilly, Erin <br> P.O. Box 501985 <br> San Diego, CA 92150-1985 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 132.30 | 132.30 | 0.00 |
| ACCOUNT NO. <br><br> Reimer-Highfill, Sandra <br> 25188 Poderio Dr <br> Ramona, CA 92065 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 904.38 | 904.38 | 0.00 |

Sheet no. _7_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page)  ►  $ 2,157.48 | $ 2,157.48 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  ►  $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  ►  $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-739 - 30816 - Acrobat PDFWriter

B6E (Official Form 6E) (12/07) - Cont.

In re __Qualitybuilt.com, a California corporation_____,       Case No. _____
                 **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Reynolds, Robert <br> 17611 Hada Drive <br> San Diego, CA 92127 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 640.45 | 640.45 | 0.00 |
| ACCOUNT NO. <br><br> Schoenherr, Daryl <br> 2045 Celeste Ave <br> Clovis, CA 93611 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 1,279.36 | 1,279.36 | 0.00 |
| ACCOUNT NO. <br><br> Slocum, Andrew <br> 823 Almond Rd <br> San Marcos, CA 92078 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 241.54 | 241.54 | 0.00 |
| ACCOUNT NO. <br><br> Smith, Clyde <br> 13844 S. Belle Isis <br> Herriman, UT 84096 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 1,061.06 | 1,061.06 | 0.00 |
| Sheet no. __8__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $ 3,222.41 | $ 3,222.41 | $ 0.00 |
| | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | | | | $ | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-739 - 30816 - Acrobat PDFWriter

B6E (Official Form 6E) (12/07) - Cont.

In re ___Qualitybuilt.com, a California corporation_____ ,      Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Taylor, Charles <br> 10237 No. Nine Iron <br> Oro Valley, AZ 85737 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 308.75 | 308.75 | 0.00 |
| ACCOUNT NO. <br><br> Wypiszynski, Angela <br> 14566 Silla St <br> Poway, CA 92064 | | | Incurred: 02/01/09 - 08/01/09 <br> Consideration: Accrued Paid Time Off | | | | 1,010.61 | 1,010.61 | 0.00 |
| ACCOUNT NO. <br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | | |

Sheet no.__9__of__10__continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 1,319.36 | $ 1,319.36 | $ 0.00 |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (12/07) - Cont.

In re _Qualitybuilt.com, a California corporation_____,  Case No. _____
      **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA  94257-0511 | | | Consideration: Taxes | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>880 Front St.<br>San Diego, CA 92101 | | | Consideration: Taxes | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>San Diego County Tax Collector<br>P.O. Box 129009<br>San Diego, CA  92112 | | | Consideration: Taxes | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>State Board of Equalization<br>1350 Front St., Room 5047<br>San Diego, CA  92101-3698 | | | Consideration: Sales Tax | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __10__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ➤ $    0.00    |  $    |  $

Total ➤ $ 231,663.82
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ➤ $    |  $  66,044.98  |  $165,618.84
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07)**

In re   Qualitybuilt.com, a California corporation   ,          Case No. _____

          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00070-E89163 <br><br> ADP, Inc <br> 5355 Orangethrope Ave <br> La Palma, CA  90623 | | | Incurred: 5/22/2009 - pres <br> Consideration: Timeclock Software | | | | 401.62 |
| ACCOUNT NO.  1300115736199 / 6188863 <br><br> ADT Security <br> P.O. Box 371956 <br> Pittsburgh, PA  15250-7956 | | | Incurred: 5/9/2009 - pres <br> Consideration: Security Monitoring | | | | 545.12 |
| ACCOUNT NO.  1022414900 <br><br> AIG <br> 22427 Network Place <br> Chicago, IL  60673-1224 | | | Incurred: 6/1/2009 - pres <br> Consideration: Workers Comp Insurance | | | | 12,764.00 |
| ACCOUNT NO.  N/A <br><br> All County Fire Equip Corp <br> 3163 Adams Avenue <br> San Diego, CA  92116 | | | Incurred: 7/14/2009 - pres <br> Consideration: Building Maintenance | | | | 470.81 |

_____16_____continuation sheets attached

Subtotal ▶ | $ | 14,181.55

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Qualitybuilt.com, a California corporation_____,     Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N/A <br><br> AMC <br> 500 S. Marschall Rd, Ste 205 <br> Shakopee, MN  55379 | | | Incurred: 5/15/2009 - pres <br> Consideration: Pre-employment drug screening | | | | 38.95 |
| ACCOUNT NO.  73-155-Y-00167-07 01 <br><br> American Arbitration Assoc. <br> 6795 North Palm Ave., 2nd Fl. <br> Fresno, CA  93704 | | | Incurred: 2/23/2009 - pres <br> Consideration: Legal Services | | | | 8,025.00 |
| ACCOUNT NO.  3782-721779-31002 <br><br> American Express <br> P.O. Box 3600001 <br> Fort Lauderdale, FL 33336-0001 | | | Incurred: 6/28/2009 - pres <br> Consideration: Credit Card Debt (Unsecured) <br> Travel expenses & misc expenses | | | | 12,000.00 |
| ACCOUNT NO.  0022424071 <br><br> Arrowhead <br> P.O. Box 856158 <br> Louisville, KY  40285-6158 | | | Incurred: 5/21/2009 - pres <br> Consideration: Equipment Rental | | | | 159.76 |
| ACCOUNT NO.  858-613-1179 <br><br> AT&T <br> Payment Center <br> Sacramento, CA  95887-0001 | | | Incurred: 5/25/2009 - pres <br> Consideration: Telephone Services | | | | 115.64 |

Sheet no.  1  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  20,339.35

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Qualitybuilt.com, a California corporation_____ ,       Case No. _____
         **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  619-588-4911<br><br>AT&T<br>Payment Center<br>Sacramento, CA  95887-0001 | | | Incurred: 5/26/2009 - pres<br>Consideration: Telephone Services | | | | 53.62 |
| ACCOUNT NO.  858-451-1022<br><br>AT&T<br>Payment Center<br>Sacramento, CA  95887-0001 | | | Incurred: 6/16/2009 - pres<br>Consideration: Telephone Services | | | | 346.82 |
| ACCOUNT NO.  8309751864-00002<br><br>AT&T Advertising & Publishing<br>P.O. Box 989046<br>West Sacramento, CA  95798-9046 | | | Incurred: 4/25/2009 - pres<br>Consideration: Yellow Pages Advertising | | | | 397.84 |
| ACCOUNT NO.  876030443<br><br>AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL  60197-6463 | | | Incurred: 3/19/2009 - pres<br>Consideration: Cell Phone Service | | | | 799.93 |
| ACCOUNT NO.  4334855<br><br>Blue Shield of CA<br>P.O. Box 629014<br>El Dorado Hills, CA  95762-9014 | | | Incurred: 7/1/2009 - pres<br>Consideration: Health Insurance | | | | 9,922.58 |

Sheet no. __2__ of __16__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 11,520.79

Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Qualitybuilt.com, a California corporation                ,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N/A <br><br> Bruno Skorheim <br> 9665 Chesapeake Dr #470 <br> San Diego, CA  92123 | | | Incurred: 6/1/2009 - pres <br> Consideration: Tax Preparation Services | | | | 1,200.00 |
| ACCOUNT NO.  11406 <br><br> Business Commons <br> at Southeast Commons Assoc <br> P.O. Box 440020 <br> Aurora, CO  80044-0020 | | | Incurred: 5/1/2009 - pres <br> Consideration: Association Fees | | | | 1,501.19 |
| ACCOUNT NO.  73155 Y001-67 DEAR <br><br> California Deposition Reporters <br> P.O. Box 108 <br> Covina, CA  91723 | | | Incurred: 2/24/2009 - pres <br> Consideration: Litigation Support Services | | | | 8,678.83 |
| ACCOUNT NO.  8429-34359 <br><br> Ceridian <br> C3201 34th St South <br> St. Petersburg, FL  33711 | | | Incurred: 5/2/2009 - pres <br> Consideration: COBRA Services | | | | 127.64 |
| ACCOUNT NO.  U16-17453-04-6 <br><br> City of San Diego - Water Department <br> Customer Services Section <br> San Diego, CA  92187-00011 | | | Incurred: 6/19/2009 - pres <br> Consideration: Water Services | | | | 239.29 |

Sheet no. 3 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  11,746.95

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Qualitybuilt.com, a California corporation                ,          Case No. _____
          **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N/A <br><br> Criterium Engineers <br> 22 Monument Square, Ste 600 <br> Portland, ME  04101 | | | Incurred: 07/31/05 - 03/07/07 <br> Consideration: Independent Contractor | | | X | 3,658,098.23 |
| ACCOUNT NO.  5822-120172 <br><br> Daniel Coker Horton & Bell <br> 4400 Old Canton Rd., Ste 400 <br> PO Box 1084 <br> Jackson, MS  39215-1084 | | | Incurred: 03/16/2009 - pres <br> Consideration: Legal Services | | | | 2,443.30 |
| ACCOUNT NO.  GIC855108 <br><br> Darla Kmety <br> 220 West Broadway <br> Dept. 47 <br> San Diego, CA 92101 | | | Incurred: 4/16/2009 - pres <br> Consideration: Legal Services | | | | 7,214.27 |
| ACCOUNT NO.  BBR2371 <br><br> Dollar Rent a Car <br> Department 404 <br> Tulsa, OK  74182 | | | Incurred: 4/3/2009 - pres <br> Consideration: Car Rental Services | | | | 1,000.00 |
| ACCOUNT NO.  N/A <br><br> Douglas R. Anderson CPA <br> 2550 Fifth Ave., Ste 637 <br> San Diego, CA  92103 | | | Incurred: 3/2/2009 - pres <br> Consideration: Expert Witness | | | | 4,730.10 |

Sheet no.  4  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 3,673,485.90

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Qualitybuilt.com, a California corporation                ,          Case No. _____
_____
        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  16-AR 252066<br><br>Edco Disposal Corp<br>6670 Federal Blvd<br>Lemon Grove, CA  91945 | | | Incurred: 5/31/2009 - pres<br>Consideration: Waste Management Services | | | | 402.07 |
| ACCOUNT NO.  1314-9222-7<br><br>Fedex<br>P.O. Box 7221<br>Pasadena, CA  91109-7321 | | | Incurred: 5/22/2009 - pres<br>Consideration: Delivery Services | | | | 1,400.00 |
| ACCOUNT NO.  3701-7900-0<br><br>Fedex<br>P.O. Box 7221<br>Pasadena, CA  91109-7321 | | | Incurred: 6/5/2009 - pres<br>Consideration: Delivery Services | | | | 600.00 |
| ACCOUNT NO.  Q59847<br><br>Genflex Roofing Systems<br>250 W. 96th Street, Ste. 150<br>Indianapolis, IN  46260 | | | Incurred: 06/03/09 - pres<br>Consideration: Repairs & Maint - Bldg | | | | 220.00 |
| ACCOUNT NO.  77114001<br><br>Greco & Traficante<br>P.O. Box 12670<br>San Diego, CA  92112 | | | Incurred: 5/27/2009 - pres<br>Consideration: Legal Services | | | | 1,590.80 |

Sheet no.  5  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     4,212.87

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Qualitybuilt.com, a California corporation_____ ,    Case No. _____
           **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6035322541653260<br><br>Home Depot Credit Services<br>P.O. Box 9121<br>Des Moines, IA  50368-9121 | | | Incurred: 4/1/2009 - pres<br>Consideration: Building Repair Supplies | | | | 1,766.84 |
| ACCOUNT NO.  10273554<br><br>Insight<br>P.O. Box 78825<br>Phoenix, AZ  85062-8825 | | | Incurred: 3/26/2009 - pres<br>Consideration: Computer Equipment | | | | 11,405.37 |
| ACCOUNT NO.  83913<br><br>Iron Mountain<br>P.O. Box 601002<br>Pasadena, CA  91189-1002 | | | Incurred: 4/30/2009 - pres<br>Consideration: Offsite Storage Facility for Backups | | | | 1,415.28 |
| ACCOUNT NO.  N/A<br><br>JAM Fire Protection Inc<br>9082 Clairmont Mesa Blvd<br>San Diego, CA  92123 | | | Incurred: 7/2/2009 - pres<br>Consideration: Building Maint Services | | | | 195.00 |
| ACCOUNT NO.  N/A<br><br>James Edward Engineering<br>9475 Double R Blvd., Ste 3<br>Reno, NV  89521 | | | Incurred: 01/31/08 - present<br>Consideration: Independent Contractor | | | | 7,994.35 |

Sheet no. __6__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     22,776.84

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re __Qualitybuilt.com, a California corporation_____,     Case No. _____
                **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N/A<br><br>Jan Pro Cleaning Systems<br>3377 Carmel Mountain Rd, Ste 200<br>San Diego, CA  92121 | | | Incurred: 4/1/2009 - pres<br>Consideration: Janitorial Services | | | | 585.00 |
| ACCOUNT NO.  000255685-0001<br><br>Kaiser Foundation Health Plan<br>File 5915<br>Los Angeles, CA  90074-5915 | | | Incurred: 7/1/2009 - pres<br>Consideration: Health Insurance | | | | 6,990.00 |
| ACCOUNT NO.  000255685-0000<br><br>Kaiser Foundation Health Plan<br>File 5915<br>Los Angeles, CA  90074-5915 | | | Incurred: 7/1/2009 - pres<br>Consideration: Health Insurance | | | | 7,724.00 |
| ACCOUNT NO.  QBUILT/ROS<br><br>Knobbe Martens Olson & Bear LLP<br>2040 Main St., Fourteenth Fl.<br>Irvine, CA  92614 | | | Incurred: 3/16/2009 - pres<br>Consideration: Legal Services | | | X | 217.80 |
| ACCOUNT NO.  N/A<br><br>Law Office of Matt Sumrow<br>4695 MacArthur Court, Ste 310<br>Newport Beach, CA  92660 | | | Incurred: 3/10/2009 - pres<br>Consideration: Legal Services | | | | 2,585.00 |

Sheet no. __7__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 18,101.80

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Qualitybuilt.com, a California corporation_____,        Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  qltbt-22413 <br><br>LECG, LLC <br>2000 Powell St., Ste 600 <br>Emeryville, CA  94608 | | | Incurred: 10/2/2008 - pres <br>Consideration: Expert Witness | | | | 32,400.55 |
| ACCOUNT NO.  0099312860 <br><br>Lexis Nexis Matthew Bender <br>P.O. Box 7247-0178 <br>Philadelphia, PA 75035 | | | Incurred: 7/10/2009 - present <br>Consideration: Reference Material | | | | 19.58 |
| ACCOUNT NO.  N/A <br><br>Luhr, Stanley R. <br>1091 Singing Ridge Road <br>El Cajon, CA  92019 | | | Incurred: 10/05/06 - present <br>Consideration: Accrued Interest on Note | | | | 180,006.33 |
| ACCOUNT NO.  N/A <br><br>Luhr, Stanley R. <br>1091 Singing Ridge Road <br>El Cajon, CA  92019 | | | Incurred: 10/05/06 <br>Consideration: Business Loan | | | | 703,579.48 |
| ACCOUNT NO.  KM05736509 <br><br>MetLife Dental <br>P.O. Box 804466 <br>Kansas City, MO  64180-4466 | | | Incurred: 6/15/2009 - pres <br>Consideration: Health Insurance | | | | 3,020.27 |

Sheet no. __8__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      919,026.21

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9.739 - 30816 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Qualitybuilt.com, a California corporation_____,    Case No. _____
                     **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N/A<br><br>Michael Luminais<br>202 School Street<br>Geneva, IL 60134 | | | Incurred: 8/1/2009 - present<br>Consideration: Mileage, travel related expenses | | | | 40.54 |
| ACCOUNT NO.  N/A<br><br>Michaelis, Elizabeth R.<br>5672 Amaya Dr., #202<br>La Mesa, CA  91942 | | | Incurred: 10/03/06 - present<br>Consideration: Accrued Interest on Note | | | | 95,064.25 |
| ACCOUNT NO.<br><br>Michaelis, Elizabeth R.<br>5672 Amaya Dr., #202<br>La Mesa, CA  91942 | | | Incurred: 10/03/06<br>Consideration: Business Loan | | | | 354,942.57 |
| ACCOUNT NO.  N/A<br><br>Mid-Pacific Testing<br>94-547 Uk'e St., Ste 200<br>Waipahu, HI  96797 | | | Incurred: 01/31/07 - present<br>Consideration: Independent Contractor | | | | 49,722.31 |
| ACCOUNT NO.  N/A<br><br>Niddrie Fish and Buchanan LLP<br>750 B Street, Ste 2640<br>San Diego, CA  92101 | | | Incurred: 3/19/2009 - pres<br>Consideration: Legal Services | | | | 7,290.00 |

Sheet no.  9  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    507,059.67

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re __Qualitybuilt.com, a California corporation_____ ,          Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  43730265<br><br>Office Depot<br>P.O. Box 70025<br>Los Angeles, CA  90074-0025 | | | Incurred: 4/2/2009 - pres<br>Consideration: Office Supplies - Revolving Credit | | | | 407.51 |
| ACCOUNT NO.  108789<br><br>Officia Imaging<br>7323 Engineer Road<br>San Diego, CA  92111-1409 | | | Incurred: 5/11/2009 - pres<br>Consideration: Copier Maintenance | | | | 994.28 |
| ACCOUNT NO.  QUALITYBUILT<br><br>Omni Controls<br>5309 Technology Drive<br>Tampa, FL  33647 | | | Incurred: 6/1/2009 - pres<br>Consideration: Equipment Calibration | | | | 889.90 |
| ACCOUNT NO.  D-7205889<br><br>Orkin Exterminating<br>12710 Magnolia Ave<br>Riverside, CA  92503-4620 | | | Incurred: 3/26/2009 - pres<br>Consideration: Extermination Services | | | | 704.00 |
| ACCOUNT NO.  SD2081<br><br>Pacific Rim Mechanical<br>7655 Convoy Court<br>San Diego, CA  92111 | | | Incurred: 4/30/2009 - pres<br>Consideration: Building Maintenance | | | | 355.00 |

Sheet no. __10__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　3,350.69

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Qualitybuilt.com, a California corporation_____ ,     Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2077-3003-86-6 <br><br> Pitney Bowes <br> P.O. Box 856390 <br> Louisville, KY  40285-6390 | | | Incurred: 6/11/2009 - pres <br> Consideration: Software Update | | | | 342.57 |
| ACCOUNT NO.  6644455 <br><br> Pitney Bowes <br> P.O. Box 856460 <br> Louisville, KY  40285-6460 | | | Incurred: 5/13/2009 - pres <br> Consideration: Equipment Lease | | | | 2,021.79 |
| ACCOUNT NO.  CAL-134234 <br><br> Premium Financing Specialists <br> P.O. Box 100384 <br> Pasadena, CA  91189-0384 | | | Incurred: 8/4/2009 - pres <br> Consideration: Business Insurance | | | | 6,353.72 |
| ACCOUNT NO.  CAL-131743 <br><br> Premium Financing Specialists <br> P.O. Box 100384 <br> Pasadena, CA  91189-0384 | | | Incurred: 7/30/2009 - pres <br> Consideration: Business Insurance | | | | 9,513.81 |
| ACCOUNT NO.  116261-000001-JDA <br><br> Procopio, Cory, Hargreaves & Savitch LLC <br> 530 B Street Suite 2100 <br> San Diego, CA 92101-4469 | | | Incurred: 6/1/2009 - pres <br> Consideration: Legal Services | | | | 210.00 |

Sheet no. __11__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 18,441.89

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Qualitybuilt.com, a California corporation              ,          Case No. _____
                  **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4894001313 <br><br> Recall Secure Destruction Services <br> P.O. Box 841709 <br> Dallas, TX  75284-1709 | | | Incurred: 4/29/2009 - pres <br> Consideration: Destruction Services | | | | 395.74 |
| ACCOUNT NO.  QB <br><br> Rhule Construction <br> 15330 Avenue of Science <br> San Diego, CA  92128 | | | Incurred: 2006 - present <br> Consideration: Building Improvements | | | | 27,716.58 |
| ACCOUNT NO.  N/A <br><br> Riverwalk Square Dev (Safari Drive) <br> 4725 N. Scottsdale Road #110 <br> Scottsdale, AZ 85251 | | | Incurred: 3/17/2009 - pres <br> Consideration: Client Refund on prepayment of services | | | | 26,600.00 |
| ACCOUNT NO.  QB vs Olague et al <br><br> Schor & Freeland <br> 600 B Street, Ste 2200 <br> San Diego, CA  92101 | | | Incurred: 1/14/2009 - pres <br> Consideration: Legal Services | | | | 37,090.84 |
| ACCOUNT NO.  QB v. Criterium <br><br> Schor & Freeland <br> 600 B Street, Ste 2200 <br> San Diego, CA  92101 | | | Incurred: 11/24/2008 - pres <br> Consideration: Legal Services | | | | 104,680.63 |

Sheet no.  12   of  16   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   196,483.79

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Qualitybuilt.com, a California corporation_____ ,          Case No. _____
            **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Employment<br><br>Schor & Freeland<br>600 B Street, Ste 2200<br>San Diego, CA  92101 | | | Incurred: 5/31/2009 - pres<br>Consideration: Legal Services | | | | 826.28 |
| ACCOUNT NO.  EGR156351<br><br>Schwartz & Janzen, LLP<br>12100 Wilshire Blvd Ste 1125<br>Los Angeles, CA 90025-7117 | | | Incurred: 4/1/2009 - pres<br>Consideration: Legal Services | | | | 16,692.31 |
| ACCOUNT NO.  KCESD: 107-257<br><br>Schwartz & Janzen, LLP<br>12100 Wilshire Blvd Ste 1125<br>Los Angeles, CA 90025-7117 | | | Incurred: 5/1/2009 - pres<br>Consideration: Legal Services | | | | 97.50 |
| ACCOUNT NO.  N/A<br><br>Science Building Partners, LLC &<br>FAEC Holdings 382771, LLC,<br>Tenants in Common<br>15330 Ave of Science<br>San Diego, CA  92128 | | | Incurred: 12/08/08<br>Consideration: Accrued Interest on Note | | | | 19,661.54 |
| ACCOUNT NO.  N/A<br><br>Science Building Partners, LLC /<br>FAEC Holdings 382771, LLC<br>15330 Ave of Science<br>San Diego, CA  92128 | | | Incurred: 4/1/2008 - pres<br>Consideration: Rent - Commercial Lease | | | | 469,781.38 |

Sheet no.  13  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          507,059.01

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Qualitybuilt.com, a California corporation                ,        Case No. _____
                    **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N/A<br><br>Science Building Partners, LLC / FAEC Holdings 382771, LLC 15330 Ave of Science San Diego, CA  92128 | | | Incurred: 12/08/08 Consideration: Business Loan | | | | 308,272.48 |
| ACCOUNT NO.  111123015027<br><br>Stanley Security Solutions Dept Ch 10651 Palatine, IL  60055 | | | Incurred: 6/1/2009 - pres Consideration: Security Monitoring | | | | 492.35 |
| ACCOUNT NO.  010-1000829391<br><br>State of NV - Business License Renew P.O. Box 52614 Phoenix, AZ  85072-2614 | | | Incurred: 7/1/2009 - pres Consideration: Business License | | | | 200.00 |
| ACCOUNT NO.  N/A<br><br>Theodore Konechne 4657 Poppy Hills Dr Frisco, TX 75035 | | | Incurred: 8/1/2009 - pres Consideration: Mileage, travel related expenses | | | | 361.13 |
| ACCOUNT NO.  QB v WCPC<br><br>Thompson Law Group 2550 Fifth Ave., Ste 600 San Diego, CA  92103 | | | Incurred: 11/5/2008 - pres Consideration: Legal Services | | | X | 79,444.03 |

Sheet no.  14  of  16  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 388,769.99

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Qualitybuilt.com, a California corporation_____,          Case No. _____
                  **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 185002/80152<br><br>Thomson Compumark<br>P.O. Box 71892<br>Chicago, IL 60694-1892 | | | Incurred: 4/1/2009 - pres<br>Consideration: Trademark Monitoring | | | | 2,955.00 |
| ACCOUNT NO. 1003329394<br><br>Thomson West<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | | | Incurred: 4/1/2009 - pres<br>Consideration: Legal Research Tool | | | | 3,195.73 |
| ACCOUNT NO. QB vs. WCPC<br><br>Thorsnes Litigation Services<br>2550 Fifth Ave<br>Ninth Fl<br>San Diego, CA 92103 | | | Incurred: 10/20/2008 - pres<br>Consideration: Legal Services | | | | 15,183.50 |
| ACCOUNT NO. C0227455000<br><br>Thrifty Car Rental<br>Department 2241<br>Tulsa, OK 74182 | | | Incurred: 4/24/2009 - pres<br>Consideration: Car Rental Agency | | | | 1,220.29 |
| ACCOUNT NO. 266467<br><br>TW Telecom<br>P.O. Box 172567<br>Denver, CO 80217-2567 | | | Incurred: 5/15/2009 - pres<br>Consideration: Telephone & Internet Services | | | | 6,722.94 |

Sheet no. __15__ of __16__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $     29,277.46

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Qualitybuilt.com, a California corporation                    ,          Case No. _____
           **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  570496122-00001<br><br>Verizon - CA<br>PO Box 9622<br>Mission Hills, CA  91346-9622 | | | Incurred: 5/4/2009 - pres<br>Consideration: Cell Phone Service | | | | 2,544.23 |
| ACCOUNT NO.  N/A<br><br>Village Lock & Key<br>12845 Poway Rd, #303<br>Poway, CA  92064 | | | Incurred: 5/11/2009 - pres<br>Consideration: Building Maintenance | | | | 214.81 |
| ACCOUNT NO.  12 267182 0002<br><br>Vision Service Plan<br>PO Box 45210<br>San Francisco, CA  94145-5210 | | | Incurred: 5/21/2009 - pres<br>Consideration: Health Insurance | | | | 519.54 |
| ACCOUNT NO.  N/A<br><br>Western Plumbing & Piping Inc<br>PO Box 1269<br>El Cajon, CA  92022-1269 | | | Incurred: 4/29/2009 - pres<br>Consideration: Building Maintenance | | | | 150.00 |
| ACCOUNT NO.  708738240<br><br>Xerox Corporation<br>PO Box 660501<br>Dallas, TX  75266-0501 | | | Incurred: 4/11/2009 - pres<br>Consideration: Equipment Lease | | | | 12,380.30 |

Sheet no.  16  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  15,808.88

Total ▶  $  6,361,643.64

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B6G (Official Form 6G) (12/07)

In re  Qualitybuilt.com, a California corporation          Case No. _____
_____                              (if known)
           **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FAEC Holdings 382771, LLC & Science Building Partners, LLC 15330 Ave of Science San Diego, CA  92128 | Ten year lease of non-residential real property commencing 08/01/06 through 07/31/16 Rent is $115,000/month. |
| Pitney Bowes Global Financing Services PO Box 856460 Louisville, KY  40285-6460 | Lease of two sets of mailing equipment. |
| Leaf Funding PO Box 644006 Cincinnati, OH  45264-4006 | Lease of 20 toughbook computers |
| Xerox Capital Services, LLC PO Box 660501 Dallas, TX  75266-0501 | Lease of two copy machines |
| Dolphin Capital 1720A Crete St. Moberly, MO  65270 | Lease of two copy machines |
| Sonitrol / Stanley Security Systems Dept. Ch. 10651 Palatine, IL  60055 | Five year lease of security monitoring equipment commencing 08/23/06. |
| Stanley R. Luhr & Elizabeth R. Michaelis 15330 Ave of Science San Diego, CA  92128 | One year lease of corporate condo in Aurora, Colorado, expiring 12/31/09. Rent is $1,500/month. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

In re  Qualitybuilt.com, a California corporation

Debtor

Case No. _____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Quality Built, LLC<br>700 Grayhawk Avenue<br>Plantation, FL  33324 | Asset Purchase Agreement |
| North Star Equity Solutions<br>1053 45 Commons Dr. #166-465<br>San Diego, CA  92127 | Sublease |
| Product Development Systems<br>PO Box 503281<br>San Diego, CA  92150 | Sublease |
| Produx World, Inc<br>15330 Ave of Science<br>San Diego, CA  92128 | Sublease |
| Law Offices of Harvey Payne<br>15330 Ave of Science<br>San Diego, CA  92128 | Sublease |
| Bluewater Capital Mgmt<br>15330 Ave of Science<br>San Diego, CA  92128 | Sublease |
| Integrated Aqua Systems<br>15330 Ave of Science<br>San Diego, CA  92128 | Sublease |
| Regulatory Liaisons<br>112265 Timbergate Circle<br>San Diego, CA  92128 | Sublease |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B 6G (Official Form 6G) (12/07) -- Cont.

In re Qualitybuilt.com, a California corporation
_____
            Debtor

Case No. _____
                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Tasty Savings<br>15330 Ave of Science<br>San Diego, CA  92128 | Sublease |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**B6H (Official Form 6H) (12/07)**

In re   Qualitybuilt.com, a California corporation                                    Case No. _____
_____
             **Debtor**                                                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Stanley R. Luhr<br>1091 Singing Ridge Road<br>El Cajon, CA  92019 | California Bank & Trust<br>1024 Graves Ave.<br>El Cajon, CA  92121 |
| Elizabeth R. Michaelis<br>2224 Valley View Blvd.<br>El Cajon, CA  92019 | California Bank & Trust<br>1024 Graves Ave.<br>El Cajon, CA  92121 |
| Elizabeth R. Michaelis<br>2224 Valley View Blvd.<br>El Cajon, CA  92019 | Dolphin Capital<br>1720A Crete St.<br>Moberly, MO  65270 |
| Elizabeth R. Michaelis<br>2224 Valley View Blvd.<br>El Cajon, CA  92019 | Leaf Funding<br>PO Box 644006<br>Cincinnati, OH  45264-4006 |

Qualitybuilt.com, a California corporation

In re _____   Case No. _____

**Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                            Debtor:

Date _____        Signature: _____
                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____        _____
   Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___Secretary_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Qualitybuilt.com, a California corporation [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___42___ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___08/14/09_____        Signature: ____/s/ Elizabeth R. Michaelis_____

                                                      ____ELIZABETH R. MICHAELIS_____
                                                      [Print or type name of individual signing on behalf of debtor.]

-----------------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### Southern District of California

In Re _Qualitybuilt.com, a California corporation_            Case No. _____
                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

|  | AMOUNT | SOURCE |
|------|------------|------------------------------|
| 2009 | 2,286,564.00 | Monthly Invoices / Accural |
| 2008 | 8,864,245.00 | Monthly Invoices / Accural |
| 2007 | 8,098,561.00 | Monthly Invoices / Accural |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

**2.    Income other than from employment or operation of business**

None

☐        State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                        SOURCE

See Attachment SOA-2

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Attachment SOA-3b

*In re Qualitybuilt.com*
**United States Bankruptcy Court for the Southern District of California**
**Case No. _____**

# <u>ATTACHMENT SOA-2</u>

| Income from Subleases | through 8/11/2009 | Security Dep | Net Income |
|---|---|---|---|
| North Star Equity Solutions | 5,249.25 | 1,200.00 | 4,049.25 |
| Product Development Systems | 1,545.32 | 357.50 | 1,187.82 |
| Produx World | 1,320.00 | 600.00 | 720.00 |
| Law Offices of Harvey M. Payne | 2,787.10 | 600.00 | 2,187.10 |
| Bluewater Capital Management LLC | 1,016.13 | 450.00 | 566.13 |
| Integrated Aqua Systems | 1,197.00 | 399.00 | 798.00 |
| Regulatory Liaisons | 1,378.00 | 390.00 | 988.00 |
| Tasty Savings | 2,237.55 | 1,042.00 | 1,195.55 |
| | 16,730.35 | 5,038.50 | 11,691.85 |

| Income from Meeting Room Rentals | | | |
|---|---|---|---|
| Windermere Exclusive Properties | 2,993.20 | | 2,993.20 |
| Send Out Cards | 945.00 | | 945.00 |
| | 3,938.20 | 0.00 | 3,938.20 |

| Insurance Monies Received | | | |
|---|---|---|---|
| 2/17/2009 Travelers - Flood Damage | $    40,708.29 | | $    40,708.29 |
| 12/13/2008 Travelers - Flood Damage | $   178,369.32 | | $   178,369.32 |
| | $   219,077.61 | $        - | $   219,077.61 |

**Total Income other than from empl or operation of business**                              **$    234,707.66**

*In re Qualitybuilt.com*
**United States Bankruptcy Court for the Southern District of California**
Case No. _____

# ATTACHMENT SOA-3b

| Vendor Name | Address | Check Dates | Amount Paid | Amount Still Owing as of 8/11/09 | |
|---|---|---|---|---|---|
| AIG Insurance Company | 22427 Network Place Chicago, IL 60673 | 5/20/2009 | $26,748.00 | | |
| **Total AIG** | | | **$26,748.00** | **44,601.00** | |
| | | | | | |
| American Express | P.O. Box 360001 Fort Lauderdale, FL 33336 | 6/1/2009 | $14,721.31 | | |
| | | 7/1/2009 | $9,128.73 | | |
| | | 7/31/2009 | $5,325.03 | | |
| **Total American Express** | | | **$29,175.07** | **7,927.48** | |
| | | | | | |
| Blue Shield of California | File 55331 Los Angeles, CA 90074-5331 | 7/30/2009 | $13,297.11 | | |
| **Total Blue Sheild of California** | | | **$13,297.11** | **$9,922.58** | |
| | | | | | |
| Department of Industrial Relations | PO Box 420603 San Francisco, CA 94142 | 5/20/2009 | $6,700.00 | | |
| **Total Department of Industrial Relations** | | | **$6,700.00** | **0.00** | |
| | | | | | |
| Kaiser Permanente | File No 5915 Los Angeles, CA 90074 | 5/20/2009 | $10,541.00 | | |
| | | 8/6/2009 | $8,575.00 | | |
| **Total Kaiser Permanente** | | | **$19,116.00** | **14,714.00** | |
| | | | | | |
| CIT Technology Financial Services, Inc (Microsoft Financing) | 23896 Network Place Chicago, IL 60673 | 5/1/2009 | $19,332.54 | 20,901.36 | secured |
| | | 5/20/2009 | $191.17 | | |
| **Total CIT Technology Financial Services (Microsoft Financing)** | | | **$19,523.71** | **$20,901.36** | |
| | | | | | |
| MidPacific Testing | 94-547 Uke Street #200 Waipahu, HI 96797 | 5/8/2009 | $29,392.58 | | |
| | | 5/22/2009 | $12,073.54 | | |
| | | 6/5/2009 | $6,356.00 | | |
| | | 6/19/2009 | $19,701.98 | | |
| | | 7/3/2009 | $16,976.14 | | |
| | | 7/17/2009 | $12,230.13 | | |
| | | 7/31/2009 | $32,221.04 | | |
| **Total Mid Pacific Testing** | | | **$128,951.41** | **$49,722.31** | |
| | | | | | |
| Premium Financing Specialists | 12424 Wilshire Blvd #1030 Los Angeles, CA 90025 | 5/20/2009 | $9,513.81 | | |
| | | 6/1/2009 | $6,014.28 | | |
| | | 6/3/2009 | $1,123.20 | | |

117696-1.xls

*In re Qualitybuilt.com*
**United States Bankruptcy Court for the Southern District of California**
Case No. _____

# ATTACHMENT SOA-3b

| Vendor Name | Address | Check Dates | Amount Paid | Amount Still Owing as of 8/11/09 | |
|---|---|---|---|---|---|
| | | 6/29/2009 | $9,538.81 | | |
| | | 7/2/2009 | $6,014.28 | | |
| | | 8/3/2009 | $9,513.81 | | |
| | | 8/3/2009 | $6,353.72 | | |
| **Total Premium Financing Specialists** | | | **$48,071.91** | **35,000.00** | |
| | | | | | |
| Riverwalk Square Development LLC | 4725 N. Scottsdale Rd Ste 110 Scottsdale, AZ 85251 | 5/12/2009 | $6,650.00 | | |
| | | 6/11/2009 | $6,650.00 | | |
| **Total Riverwalk Square Development LLC** | | | **$13,300.00** | **$26,600.00** | |
| | | | | | |
| SD County Treasurer - Tax Collector | PO Box 129009 San Diego, CA 92112 | 6/30/2009 | $10,179.83 | | |
| **Total San Diego Count Treasurer - Tax Collector** | | | **$10,179.83** | **0.00** | |
| | | | | | |
| SDG & E | PO Box 25111 Santa Ana, CA 92799 | 5/11/2009 | $5,300.56 | | |
| | | 6/11/2009 | $3,300.60 | | |
| **Total SDG & E** | | | **$8,601.16** | **5,845.08** | |
| | | | | | |
| Science Building Partners LLC & FAEC Holdings 382771, LLC | 15330 Avenue of Science San Diego, CA 92128 | 5/8/2009 | $10,000.00 | | |

117696-1.xls

None

☐

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Attachment SOA-3c

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| QualityBuilt.com, Inc. v. West Coast Property Consultants, Inc. Case No. D055231 | Appeal of Jury Verdict in favor of Qualitybuilt.com. | Court of Appeal, 4th Appellate District, Division 1 | Stayed |
| Thomas Clark & Alan Thomas v. QualityBuilt.com, Inc. Case No.s D055311; D054713 | Appeal of case involving wrongful employment termination | Court of Appeal, 4th Appellate District, Division 1 | Pending |
| Solutions Consulting Group v. QualityBuilt.com, Inc.; QualityBuilt.com, Inc. v. Solutions Consulting Group Case No. GIC871918 | Declaratory Relief; Cross-complaint for breach of contract, breach of the covenant of good faith and fair dealing, professional negligence, negligent misrepresentation and fraud in the inducement/inception. | San Diego Superior Court | Stayed |
| QualityBuilt.com, Inc. v. Coast to Coast Engineering Services Inc. dba Criterium Engineers Case No. 3:07-cv-00627-WQH-AJB | Appeal of Arbitration Award | U.S. District Court, Southern District of California, San Diego Division | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Continental Casualty Company v. West Coast Property Consultants Inc.; QualityBuilt.com Inc. Case No. 3:09-cv-01031-W-CAB | Declaratory Relief | U.S. District Court, Southern District of California, San Diego Division | Pending |
| Westchester Surplus Lines Insurance v. Roy Anderson Corporation Case No. 1:08cv1434-HSO-JMR | Counterclaim for liability pursuant to quality assurance services provided to Roy Anderson. | U.S. District Court, for the Southern District of Mississippi, Southern Division | Pending |
| State Farm General Ins. v. Tessard Designs et al. Case No. 37-2008-00050383-CU-IC-NC | Liability pursuant to contract for quality assurance services for project in San Marcos, California. | San Diego Superior Court | Pending |
| San Diego Revitalization Corp. v. Martinez & Cutri Corp. Case No. GIC845232 | Liability pursuant to contract for quality assurance services for project in San Diego, California. | San Diego Superior Court | Pending |
| Southshore Golf Villas Homeowners Assn v. Lake at Las Vegas Joint Venture Case No. A550021 | Liability pursuant to contract for quality assurance services for project in Las Vegas, Nevada. | District Court, Clark County, Nevada | Pending |
| In re San Jose Brickyard Homeowners Assn Calderon Notice | Construction Defects | N/A | Pending |
| In re Molino Street Lofts Homeowners Assn Calderon Notice | Construction Defects | N/A | Pending |
| Pieropan v. QualityBuilt.com Case No. VNO 0558668 | Workers Compensation Claim | Workers Compensation Appeal Board | Pending |

*In re Qualitybuilt.com*
**United States Bankruptcy Court for the Southern District of California**
Case No. _____

# ATTACHMENT SOA-3c

Payments made to Stanley R. Luhr and Elizabeth R. Michaelis for the rent of 14406 E. Evans Ave and
141 N. Granby Way #A Aurora, CO

| Date | Check # | Payable to | Check Amount | |
|------|---------|------------|--------------|--|
| 10/1/2008 | 15269 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 5,000.00 | |
| 11/3/2008 | 15416 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 8,000.00 | |
| 11/26/2008 | 15544 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 7,000.00 | |
| 2/5/2009 | 15834 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 2,000.00 | |
| 3/3/2009 | 15929 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 5,000.00 | |
| 4/1/2009 | 16120 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 5,000.00 | |
| 4/30/2009 | 16219 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 4,100.00 | |
| 6/3/2009 | 16321 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 12,086.80 | |
| 6/8/2009 | 16325 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 1,000.00 | |
| 6/30/2009 | 16374 | Stanley R. Luhr and Elizabeth R. Michaelis | $ 5,000.00 | |
| | | | $ 54,186.80 | |

Payments made directly to Dovenmuehl Mortgage on behalf of Stanley R. Luhr & Elizabeth R. Michaelis for the mortgage
pmt of 14406 E. Evans Ave Aurora, CO

| Date | Check # | Payable to | Check Amount | |
|------|---------|------------|--------------|--|
| 8/1/2008 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| 9/2/2008 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| 10/2/2008 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| 11/3/2008 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| 12/1/2008 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| 1/2/2009 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| 2/2/2009 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| 3/2/2009 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| 4/1/2009 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| 5/1/2009 | Auto pay from bank account | Dovenmuehle Mortgage | $ 6,844.86 | |
| | | | $ 68,448.60 | |
| | | | | |
| **Total payments made to insiders or on behalf of insiders in the 1 yr preceding filing** | | | | $ 122,635.40 |
| | | | | |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None ☐    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| West Coast Electronic Billing 2667 Camino Del Rio S., Ste 302 San Diego, CA 92108 | 05/13/09 | Assignee receives 35% of any amount collected and remits the remaining 65% to debtor. Assignment amount of $26,899.59. |
| West Coast Electronic Billing 2667 Camino Del Rio S., Ste 302 San Diego, CA 92108 | 08/06/09 | Assignee receives 35% of any amount collected and remits the remaining 65% to debtor. Assignment amount of $18,956.90. |

None ☒     b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.    Gifts**

None ☒     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**

None ☒     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None ☐     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| L. Scott Keehn<br>Keehn & Associates, APC<br>402 W. Broadway, Suite 1210<br>San Diego, CA 92101 | 08/11/09 | $12,371.35 |
| L. Scott Keehn<br>Keehn & Associates, APC<br>402 W. Broadway, Suite 1210<br>San Diego, CA 92101 | 08/11/09 | $10,000.00<br>(Chapter 11 Retainer) |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| L. Scott Keehn<br>Keehn & Associates, APC<br>402 W. Broadway, Suite 1210<br>San Diego, CA  92101 | 08/14/09 | $1,039.00<br>(Chapter 11 Filing Fee) |

See also Attachment SOA-9

---

**10.  Other transfers**

None ☐

   a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Stanley R. Luhr<br>1091 Singing Ridge Road<br>El Cajon, CA  92019<br> Relationship: President and 50% Shareholder | 06/11/09 | 2006 Lexus LS430<br>$25,000 cash received |
| Stanley R. Luhr<br>1091 Singing Ridge Road<br>El Cajon, CA  92019<br> Relationship: President and 50% Shareholder | 05/18/09 | 2006 Ford F350 Truck<br>$30,985 cash received |

---

   b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

*In re Qualitybuilt.com*
**United States Bankruptcy Court for the Southern District of California**
**Case No. _____**

# ATTACHMENT SOA-9

### OTHER PAYMENTS TO KEEHN & ASSOCIATES, APC

In addition to the payments for consultations concerning debt consolidation and relief under the bankruptcy law, Keehn & Associates, APC provided other legal services related to general business and collection matters.  The payments made by the Debtor for those services are summarized below:

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| L. Scott Keehn<br>Keehn & Associates, APC<br>402 W. Broadway, Suite 1210<br>San Diego, CA 92101 | 06/02/09 | $5,000.00 |
| L. Scott Keehn<br>Keehn & Associates, APC<br>402 W. Broadway, Suite 1210<br>San Diego, CA 92101 | 07/24/09 | $13,737.92 |

**11. Closed financial accounts**

None ☒     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| North Star Equity Solutions 1053 45 Commons Dr. #166-465 San Diego, CA 92127 | $1,200.00 Security Deposit | 15330 Ave of Science San Diego, CA 92128 |
| Law Offices of Harvey Payne 15330 Ave of Science San Diego, CA 92128 | $600.00 Security Deposit | 15330 Ave of Science San Diego, CA 92128 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-739 - 30816 - Acrobat PDFWriter

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Regulatory Liaisons<br>112265 Timbergate Circle<br>San Diego, CA  92128 | $390.00 Security Deposit | 15330 Ave of Science<br>San Diego, CA  92128 |
| Produx World, Inc<br>15330 Ave of Science<br>San Diego, CA  92128 | $600.00 Security Deposit | 15330 Ave of Science<br>San Diego, CA  92128 |
| Integrated Aqua Systems<br>15330 Ave of Science<br>San Diego, CA  92128 | $399.00 Security Deposit | 15330 Ave of Science<br>San Diego, CA  92128 |
| Product Development<br>Systems<br>PO Box 503281<br>San Diego, CA  92150 | $357.50 Security Deposit | 15330 Ave of Science<br>San Diego, CA  92128 |
| Bluewater Capital Mgmt<br>15330 Ave of Science<br>San Diego, CA  92128 | $450.00 Security Deposit | 15330 Ave of Science<br>San Diego, CA  92128 |
| Tasty Savings<br>15330 Ave of Science<br>San Diego, CA  92128 | $1,042.00 Security Deposit | 15330 Ave of Science<br>San Diego, CA  92128 |

**15.  Prior address of debtor**

None


If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this

☐         bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

Sheila A. Murphy                                                      01/03/05 - present
7715 El Cajon Blvd, #1
La Mesa, CA  91941

Jennifer R. Jaggard                                                  09/03/02 - 05/22/08
545 Osage Street
Spring Valley, CA  91977

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy

☒         case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                          ADDRESS                          DATES SERVICES RENDERED

None   c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

⊠

      NAME                           ADDRESS

None   d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☐

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| California Bank & Trust<br>1024 Graves Avenue<br>El Cajon, CA  92021 | 03/27/08 |
| California Bank & Trust<br>1024 Graves Avenue<br>El Cajon, CA  92021 | 01/28/09 |
| California Bank & Trust<br>1024 Graves Avenue<br>El Cajon, CA  92021 | 03/31/09 |
| California Bank & Trust<br>1024 Graves Avenue<br>El Cajon, CA  92021 | 04/30/09 |
| Compellent Credit<br>7808 Creekridge Circle, Suite 250<br>Edna, MN  55439 | 12/22/08 |
| Gary Elzweig<br>700 Grayhawk Ave.<br>Plantation, FL  33324 | 06/25/09 |
| Xerox<br>c/o Grayson Lafrenz<br>Mr. Copy<br>5657 Copley Dr.<br>San Diego, CA  92111 | 07/09/08 |
| HD Supply Plumbing<br>3881 D Old Winter Garden Rd, Ste D<br>Orlando, FL  32805 | 04/15/09 |

**20. Inventories**

None ☐    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 06/01/09 | Sheila Murphy | $0.00 |
| 06/30/06 | Michael Huff | $33,197.92 |

None ☐    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 06/01/09 | Sheila Murphy<br>Qualitybuilt.com<br>15330 Ave of Science<br>San Diego, CA  92128 |
| 06/30/06 | Sheila Murphy<br>Qualitybuilt.com<br>15330 Ave of Science<br>San Diego, CA  92128 |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Stanley R. Luhr<br>1091 Singing Ridge Road<br>El Cajon, CA  92019 | President | 50% |
| Elizabeth R. Michaelis<br>5672 Amaya Dr., #202<br>La Mesa, CA  91942 | Secretary | 50% |

**22. Former partners, officers, directors and shareholders**

None
☒

a.      If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|-------------------|

None
☐

b.      If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Garth Michaelis<br>11768 S. Oakmond Rd.<br>S. Jordan, UT  84095 | Director | 06/05/09 |

**23.    Withdrawals from a partnership or distribution by a corporation**

None
☒

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24.    Tax Consolidation Group**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|

**25.    Pension Funds**

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|
| Luhr Inc. dba Pacific Property<br>Consultants 401k | 33-0864693 |

*   *   *   *   *   *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    08/14/09                              Signature    /s/ Elizabeth R. Michaelis

ELIZABETH R. MICHAELIS,
Secretary

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0 continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re   Qualitybuilt.com, a California corporation                              ,

                                     Debtor

Case No. _____

Chapter _____11_____

## VERIFICATION OF LIST OF CREDITORS

    I hereby certify under penalty of perjury that the attached List of Creditors which consists of 14 pages, is true, correct and complete to the best of my knowledge.

Date   08/14/09

Signature   /s/ Elizabeth R. Michaelis

ELIZABETH R. MICHAELIS,
Secretary

L. Scott Keehn
Keehn & Associates, APC
402 W. Broadway,
Suite 1210
San Diego, CA  92101
(619) 400-2200
(619) 400-2201

ADP, Inc
5355 Orangethrope Ave
La Palma, CA   90623


ADT Security
P.O. Box 371956
Pittsburgh, PA   15250-7956


AIG
22427 Network Place
Chicago, IL   60673-1224


All County Fire Equip Corp
3163 Adams Avenue
San Diego, CA   92116


AMC
500 S. Marschall Rd, Ste 205
Shakopee, MN   55379


American Arbitration Assoc.
6795 North Palm Ave., 2nd Fl.
Fresno, CA   93704


American Express
P.O. Box 3600001
Fort Lauderdale, FL 33336-0001


Arrowhead
P.O. Box 856158
Louisville, KY   40285-6158


AT&T
Payment Center
Sacramento, CA   95887-0001


AT&T
Payment Center
Sacramento, CA   95887-0001


AT&T
Payment Center
Sacramento, CA   95887-0001

AT&T Advertising & Publishing
P.O. Box 989046
West Sacramento, CA   95798-9046


AT&T Mobility
P.O. Box 6463
Carol Stream, IL   60197-6463


Bates, Charles
8544 Alpine Avenue
La Mesa, CA   91941


Blue Shield of CA
P.O. Box 629014
El Dorado Hills, CA   95762-9014


Bluewater Capital Mgmt
15330 Ave of Science
San Diego, CA   92128


Brown, Jeremy
1165 Fitzgerald Rd #d
Simi Valle, CA 93065


Bruno Skorheim
9665 Chesapeake Dr #470
San Diego, CA   92123


Business Commons
at Southeast Commons Assoc
P.O. Box 440020
Aurora, CO   80044-0020


California Bank & Trust
1024 Graves Ave.
El Cajon, CA   92121


California Deposition Reporters
P.O. Box 108
Covina, CA   91723


Ceridian
C3201 34th St South
St. Petersburg, FL   33711

City of San Diego - Water Department
Customer Services Section
San Diego, CA  92187-00011


Cooks, David
294 Spring Creek Rd
Boulder Creek, CA 95006


Correa, Nancy
567 Trovita Court
Escondido, CA 92027


Criterium Engineers
22 Monument Square, Ste 600
Portland, ME  04101


Daniel Coker Horton & Bell
4400 Old Canton Rd., Ste 400
PO Box 1084
Jackson, MS  39215-1084


Darla Kmety
220 West Broadway
Dept. 47
San Diego, CA 92101


Dollar Rent a Car
Department 404
Tulsa, OK  74182


Dolphin Capital
1720A Crete St.
Moberly, MO  65270


Dolphin Capital
1720A Crete St.
Moberly, MO  65270


Dolphin Capital
1720A Crete St.
Moberly, MO  65270

Douglas R. Anderson CPA
2550 Fifth Ave., Ste 637
San Diego, CA   92103


Edco Disposal Corp
6670 Federal Blvd
Lemon Grove, CA   91945


Elizabeth R. Michaelis
2224 Valley View Blvd.
El Cajon, CA   92019


Elizabeth R. Michaelis
2224 Valley View Blvd.
El Cajon, CA   92019


Elizabeth R. Michaelis
2224 Valley View Blvd.
El Cajon, CA   92019


Elizabeth R. Michaelis
5672 Amaya Dr. #202
La Mesa, CA   91942


FAEC Holdings 382771, LLC &
Science Building Partners, LLC
15330 Ave of Science
San Diego, CA   92128


Fedex
P.O. Box 7221
Pasadena, CA   91109-7321


Fedex
P.O. Box 7221
Pasadena, CA   91109-7321


Franchise Tax Board
P.O. Box 942857
Sacramento, CA   94257-0511


Genflex Roofing Systems
250 W. 96th Street, Ste. 150
Indianapolis, IN   46260

Giamanco, Rick
P.O. Box 5780
Dillon, CO 80435


Gieske, Alan
17666 Azucar Way
San Diego, CA 92127


Gray-Luhr, Jane
1091 Singing Ridge Rd
El Cajon, CA 92019


Greco & Traficante
P.O. Box 12670
San Diego, CA  92112


Hill, Don
1681 Havenwood Drive
Oceanside, CA 92056


Hogge, Kelly
3368 Daley Center Dr
San Diego, CA 92123


Home Depot Credit Services
P.O. Box 9121
Des Moines, IA  50368-9121


Insight
P.O. Box 78825
Phoenix, AZ  85062-8825


Integrated Aqua Systems
15330 Ave of Science
San Diego, CA  92128


Internal Revenue Service
880 Front St.
San Diego, CA 92101


Iron Mountain
P.O. Box 601002
Pasadena, CA  91189-1002

JAM Fire Protection Inc
9082 Clairmont Mesa Blvd
San Diego, CA  92123


James Edward Engineering
9475 Double R Blvd., Ste 3
Reno, NV  89521


Jan Pro Cleaning Systems
3377 Carmel Mountain Rd, Ste 200
San Diego, CA  92121


Kaiser Foundation Health Plan
File 5915
Los Angeles, CA  90074-5915


Kaiser Foundation Health Plan
File 5915
Los Angeles, CA  90074-5915


Kern, Remi
1500 Lakewood Ave #169
Modesto, CA 95355


Knobbe Martens Olson & Bear LLP
2040 Main St., Fourteenth Fl.
Irvine, CA  92614


Konechne, Ted
4657 Poppy Hills Dr
Frisco, TX 75035


LaDow, Ken
870 Diamond Street #202
San Diego, CA 92109


Law Office of Matt Sumrow
4695 MacArthur Court, Ste 310
Newport Beach, CA  92660


Law Offices of Harvey Payne
15330 Ave of Science
San Diego, CA  92128

Leaf Funding
PO Box 644006
Cincinnati, OH  45264-4006


Leaf Funding
PO Box 644006
Cincinnati, OH  45264-4006


LECG, LLC
2000 Powell St., Ste 600
Emeryville, CA  94608


Lewis, Michael
27620 Susan Beth Way
Saugus, CA 91350


Lexis Nexis Matthew Bender
P.O. Box 7247-0178
Philadelphia, PA 75035


Luhr, Stanley R.
1091 Singing Ridge Rd.
El Cajon, CA  92019


Luhr, Stanley R.
1091 Singing Ridge Rd.
El Cajon, CA  92019


Luhr, Stanley R.
1091 Singing Ridge Road
El Cajon, CA  92019


Luhr, Stanley R.
1091 Singing Ridge Road
El Cajon, CA  92019


Luminais, Michael
202 School Street
Geneva, IL 60134


McPherson, Patrick
4192 Mission Inn Ave
Riverside, CA 92501

MetLife Dental
P.O. Box 804466
Kansas City, MO  64180-4466


Michael Luminais
202 School Street
Geneva, IL 60134


Michaelis, Elizabeth R.
5672 Amaya Dr. #202
La Mesa, CA  91942


Michaelis, Elizabeth R.
5672 Amaya Dr. #202
La Mesa, CA  91942


Michaelis, Elizabeth R.
5672 Amaya Dr., #202
La Mesa, CA  91942


Michaelis, Elizabeth R.
5672 Amaya Dr., #202
La Mesa, CA  91942


Michaelis, Garth
11768 S. Oakmond Rd
South Jordan, UT 84095


Microsoft Financing
(CIT Technology Fin. Svcs)
23896 Network Place
Chicago, IL  60673


Microsoft Financing
(CIT Technology Fin. Svcs)
23896 Network Place
Chicago, IL  60673


Mid-Pacific Testing
94-547 Uk'e St., Ste 200
Waipahu, HI  96797

Molz, Chris
P.O. Box 423
Clements, CA 95227


Monroe, Janet
44700 Via Lucido
Temecula, CA 92592


Mozgovaya, Nadya
7222 S. Blackhawk St #204
Englewood, CO 80112


Murphy, Sheila
7715 El Cajon Blvd #1
La Mesa, CA 91942


Myers, Trent
470 Chardonnay Court
San Marcos, CA  92069


Niddrie Fish and Buchanan LLP
750 B Street, Ste 2640
San Diego, CA  92101


North Star Equity Solutions
1053 45 Commons Dr. #166-465
San Diego, CA  92127


Office Depot
P.O. Box 70025
Los Angeles, CA  90074-0025


Officia Imaging
7323 Engineer Road
San Diego, CA  92111-1409


Omni Controls
5309 Technology Drive
Tampa, FL  33647


Orkin Exterminating
12710 Magnolia Ave
Riverside, CA  92503-4620

Pacific Rim Mechanical
7655 Convoy Court
San Diego, CA  92111


Payne, Krista
9107 Clearlake Way
Lakeside, CA  92040


Pitney Bowes
Global Financing Services
PO Box 856460
Louisville, KY  40285-6460


Pitney Bowes
P.O. Box 856390
Louisville, KY  40285-6390


Pitney Bowes
P.O. Box 856460
Louisville, KY  40285-6460


Premium Financing Specialists
P.O. Box 100384
Pasadena, CA  91189-0384


Premium Financing Specialists
P.O. Box 100384
Pasadena, CA  91189-0384


Procopio, Cory, Hargreaves & Savitch LLC
530 B Street Suite 2100
San Diego, CA 92101-4469


Product Development Systems
PO Box 503281
San Diego, CA  92150


Produx World, Inc
15330 Ave of Science
San Diego, CA  92128


Quality Built, LLC
700 Grayhawk Avenue
Plantation, FL  33324

Recall Secure Destruction Services
P.O. Box 841709
Dallas, TX  75284-1709


Regulatory Liaisons
112265 Timbergate Circle
San Diego, CA  92128


Reilly, Erin
P.O. Box 501985
San Diego, CA 92150-1985


Reimer-Highfill, Sandra
25188 Poderio Dr
Ramona, CA 92065


Reynolds, Robert
17611 Hada Drive
San Diego, CA 92127


Rhule Construction
15330 Avenue of Science
San Diego, CA  92128


Riverwalk Square Dev (Safari Drive)
4725 N. Scottsdale Road #110
Scottsdale, AZ 85251


San Diego County Tax Collector
P.O. Box 129009
San Diego, CA  92112


Schoenherr, Daryl
2045 Celeste Ave
Clovis, CA 93611


Schor & Freeland
600 B Street, Ste 2200
San Diego, CA  92101


Schor & Freeland
600 B Street, Ste 2200
San Diego, CA  92101

Schor & Freeland
600 B Street, Ste 2200
San Diego, CA  92101


Schwartz & Janzen, LLP
12100 Wilshire Blvd Ste 1125
Los Angeles, CA 90025-7117


Schwartz & Janzen, LLP
12100 Wilshire Blvd Ste 1125
Los Angeles, CA 90025-7117


Science Building Partners, LLC &
FAEC Holdings 382771, LLC,
Tenants in Common
15330 Ave of Science
San Diego, CA  92128


Science Building Partners, LLC /
FAEC Holdings 382771, LLC
15330 Ave of Science
San Diego, CA  92128


Science Building Partners, LLC /
FAEC Holdings 382771, LLC
15330 Ave of Science
San Diego, CA  92128


Slocum, Andrew
823 Almond Rd
San Marcos, CA 92078


Smith, Clyde
13844 S. Belle Isis
Herriman, UT 84096


Sonitrol / Stanley Security Systems
Dept. Ch. 10651
Palatine, IL  60055


Stanley R. Luhr
1091 Singing Ridge Road
El Cajon, CA  92019

Stanley R. Luhr & Elizabeth R. Michaelis
15330 Ave of Science
San Diego, CA  92128


Stanley Security Solutions
Dept Ch 10651
Palatine, IL  60055


State Board of Equalization
1350 Front St., Room 5047
San Diego, CA  92101-3698


State of NV - Business License Renew
P.O. Box 52614
Phoenix, AZ  85072-2614


Tasty Savings
15330 Ave of Science
San Diego, CA  92128


Taylor, Charles
10237 No. Nine Iron
Oro Valley, AZ 85737


Theodore Konechne
4657 Poppy Hills Dr
Frisco, TX 75035


Thompson Law Group
2550 Fifth Ave., Ste 600
San Diego, CA  92103


Thomson Compumark
P.O. Box 71892
Chicago, IL  60694-1892


Thomson West
P.O. Box 6292
Carol Stream, IL  60197-6292


Thorsnes Litigation Services
2550 Fifth Ave
Ninth Fl
San Diego, CA  92103

Thrifty Car Rental
Department 2241
Tulsa, OK  74182


TW Telecom
P.O. Box 172567
Denver, CO  80217-2567


Verizon - CA
PO Box 9622
Mission Hills, CA  91346-9622


Village Lock & Key
12845 Poway Rd, #303
Poway, CA  92064


Vision Service Plan
PO Box 45210
San Francisco, CA  94145-5210


Western Plumbing & Piping Inc
PO Box 1269
El Cajon, CA  92022-1269


Wypiszynski, Angela
14566 Silla St
Poway, CA 92064


Xerox Capital Services, LLC
PO Box 660501
Dallas, TX  75266-0501


Xerox Corporation
PO Box 660501
Dallas, TX  75266-0501