L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
**KEEHN & ASSOCIATES, APC**
402 W. Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

[Proposed] Attorneys
for Debtor and Debtor-in-Possession
Qualitybuilt.com, a California corporation

**UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>**QUALITYBUILT.COM,**<br>a California corporation,<br><br>Debtor. | Case No. 09-12113-PB11<br><br>Chapter 11<br><br>**OMNIBUS DECLARATION OF ELIZABETH R. MICHAELIS IN SUPPORT OF ALL FIRST DAY MOTIONS AND MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS FILED BY DEBTOR**<br><br>Date: TBD<br>Time: TBD<br>Dept.: 4<br>Judge: Hon. Peter W. Bowie |

I, Elizabeth R. Michaelis, declare as follows:

1. I am the President of Qualitybuilt.com, a California corporation ("Qualitybuilt.com"), with offices at 15330 Avenue of Science, San Diego, California, and the debtor-in-possession in this matter. As such, I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently to those facts.

2. This declaration is submitted in support of the First Day Motions and the Motion to Sell Assets and Free and Clear of Liens filed by Qualitybuilt.com and is supplemental to that submitted by Stanley R. Luhr.

3. I currently own a 50% share in Qualitybuilt.com. I have worked for Qualitybuilt.com since its inception in 1998. Since then, I have been integral in marketing the company to insurance carriers world-wide which has directly resulted in more than $40 million



KEEHN & ASSOCIATES, APC
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · TELECOPIER (619) 400-2201

worth of contracts. As President, I have overseen sales, marketing, account managers, day-to-day operations and accounting throughout this time.

4. During the boom years in residential construction in the United States, generally speaking the years 2002 to 2006, Qualitybuilt.com expanded to 28 states and reached a height of $23 million in annual revenue. However, with the decline of the economy, particularly the residential construction market, Qualitybuilt.com's revenues have dropped drastically. In the first seven months of 2009, Qualitybuilt.com's revenues have dropped to a low of $2.5 million.

5. Qualitybuilt.com has reduced it staff by 90% since 2006. The 28 remaining non-insider employees (i.e., excluding myself, Stanley R. Luhr, and Garth Michaelis) are critical to the continued operation of Qualitybuilt.com. These employees are heavily tasked, having assumed duties from personnel no longer with the company. Without every current employee Qualitybuilt.com could not continue to deliver services to its clients in a manner consistent with its professional practices and contractual obligations. The absence of any employee for even a few hours creates an additional hardship on the company. Every employee has made multiple sacrifices to remain with Qualitybuilt.com and deserves to be paid for his or her services. They are paid in accordance with standard industry rates for their profession.

6. As President, I currently have six direct reporting employees that I supervise. In addition to my management oversight I interface with insurance carriers on a daily basis and alert them to any insureds that are not meeting their quality assurance underwriting guidelines or make recommendations on levels of service appropriate to construction types. I am the only person in the company qualified to interface with the insurance carriers which provide us approximately 80% of our work. I conduct sales presentations and prepare, review and approve proposals. I also meet regularly with existing clients and review project status. I assist with testing of the Quality Built Information Network for the QB Builder Link® service and report requested features to Software Development for incorporation into requirements. I approve payables and sign the majority of the checks and contracts. The corporation requires my on-going active participation in the business in order to conduct business.

7. Garth Michaelis is my husband and an employee of Qualitybuilt.com. We have

KEEHN & ASSOCIATES, APC
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · TELECOPIER (619) 400-2201

been legally separated since on or about November 11, 2008, but he has continued to work at Qualitybuilt.com under Mr. Luhr's supervision. Garth is an essential employee. He oversees the software team and also conducts all testing, software releases and prepares all software requirements. Qualitybuilt.com, whose services heavily depend on software research and development, lost its principal architect, database manager and other software-related employees. Garth was the original programmer on the 1990 software and is the only person who retains the history and ability to keep the existing software running, to test and correct bugs, and to make changes/updates to meet our client needs. Garth is compensated at a rate of $100,000 per year, which compares favorably to the value that he contributes to the enterprise.

8. Qualitybuilt.com currently utilizes two independent contractors to deliver work in Reno, Nevada, the Pacific Northwest and Hawaii. These independent contractors are the only field service providers in their area and without them Qualitybuilt.com could not deliver services to clients in this area. These independent contractors have worked with Qualitybuilt.com for many years and have delivered excellent services to our clients. They are essential to our daily operations.

9. Nancy Correa is the in-house general counsel of Qualitybuilt.com. She was hired on June 5, 2006, and has remained a Qualitybuilt.com employee, providing general counsel services, ever since that day.

**MARKETING QUALITYBUILT.COM**

10. As the markets declined, Stanley Luhr, CEO of Qualitybuilt.com, and I have stepped up our efforts to market Qualitybuilt.com to potential equity partners. In the past six months, I have reached out to anyone who showed interest in Qualitybuilt.com in the past. Specifically, I contacted Professional Warranty Corp ("PWC") and met with Michael Burns and David Zurra on several occasions. In January of this year, Michael Burns indicated that PWC was interested in doing "some sort of deal" with Qualitybuilt.com but that they were having trouble establishing value in this market. We were unable to reach an agreement. In February of this year, I met with Michael Hopson of Zurich NA, who in the past indicated that he had contacts that were interested in acquiring Qualitybuilt.com. I asked Mr. Hopson to pass on information that

KEEHN & ASSOCIATES, APC
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · TELECOPIER (619) 400-2201

KEEHN & ASSOCIATES, APC
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · TELECOPIER (619) 400-2201

Qualitybuilt.com was looking for an equity partner. Mr. Hopson informed me that his contacts wanted to wait until the market began to rebound. Investors had indicated that at this point any quality assurance company would need too much cash to keep them afloat to make them an attractive investment.

11. More recently, Mr. Luhr and I attempted to bring in capital by selling data owned by Qualitybuilt.com. Sixteen insurance carriers were offered a full, searchable copy of all data relating to each of their insureds. Only two carriers responded at all, both indicating that they were not interested in purchasing the data.

12. Gary Elzweig, a member of Quality Built, LLC the stalking horse bidder in these proceedings, had approached Mr. Luhr and I about a merger in late 2005. Negotiations at the time did not result in a merger but I have kept in touch with Mr. Elzweig on a regular basis since then. In late 2008 I approached Mr. Elzweig about becoming an equity partner in Qualitybuilt.com. At Mr. Elzweig's request, I made a presentation to a capital investment firm that he has a long standing relationship with in April 2009. Immediately following that presentation the investors informed me that they were going to pass on the opportunity. I approached Mr. Elzweig again in early May 2009. Mr. Elzweig agreed to take a preliminary look at assets and attempt to establish value of the company. Mr. Elzweig involved several people that have done business with him in the past and evaluated Qualitybuilt.com's assets and prepared a pro forma. Based upon their analysis, a purchase price was established and agreed upon. Considering all the efforts Mr. Luhr and I have made in the past year to find an investor for Qualitybuilt.com and the current economy, the purchase price offered for the company is fair consideration for the assets purchased.

13. Also, one of the main considerations in the decision to sell Qualitybuilt.com's assets was the willingness of the purchaser to assume a large book of business in assumed contracts. These assumed contracts are referenced and can be found in Paragraph 1.1(e) of the Asset Purchase Agreement and Schedule 1.1(e). Qualitybuilt.com, while a necessary component of performance of those contracts, was without the financial and economic resources to perform them except in the very short term. Were it not for the purchaser's willingness to assume these contracts, Qualitybuilt.com would have to reject them and the resulting damages would

approximate $7.92 million.

14. Qualitybuilt.com through the documentation and Declarations filed in connection with the First Day Motions and the Motion to Sell Assets Free and Clear of Liens, Claims, and Interests, has fully disclosed all of Qualitybuilt.com's material connections with the purchaser of assets.

**PRE-PETITION SALARY**

15. Prior to June 2009, I received a salary of approximately $275,000 per year. In June 2009, however, in an effort to assist the company in times of economic and financial difficulty, I voluntarily agreed to a reduction in my salary to $175,000 per year.

**CONSENT TO USE OF CASH COLLATERAL**

16. I consent to Qualitybuilt.com's use of my cash collateral on an interim basis to continue its operations and to meet ordinary and/or necessary business expenses.

**CONSENT TO SALE OF ASSETS FREE AND CLEAR OF LIENS**

17. I consent to the sale of Qualitybuilt.com's assets free and clear of any lien to which I am entitled.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of August, 2009, at San Diego, California.

//s// Elizabeth R. Michaelis
**ELIZABETH R. MICHAELIS**

KEEHN & ASSOCIATES, APC
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · TELECOPIER (619) 400-2201