L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
**KEEHN & ASSOCIATES, APC**
402 W. Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

[Proposed] Attorneys
for Debtor and Debtor-in-Possession
Qualitybuilt.com, a California corporation

**UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>**QUALITYBUILT.COM,**<br>a California corporation,<br><br>Debtor. | Case No.   09-12113-PB11<br><br>Chapter 11<br><br>**OMNIBUS DECLARATION OF STANLEY R. LUHR IN SUPPORT OF ALL FIRST DAY MOTIONS AND MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS FILED BY DEBTOR**<br><br>Date:   TBD<br>Time:   TBD<br>Dept.:   4<br>Judge:   Hon. Peter W. Bowie |

I, Stanley R. Luhr, declare as follows:

1. I am the founder and CEO of Qualitybuilt.com (hereinafter "Quality Built"), a California corporation with offices at 15330 Avenue of Science, San Diego, California, and the debtor-in-possession in this matter. As such, I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently to those facts.

2. This declaration is submitted in support of the First Day Motions and the Motion to Sell Assets Free and Clear of Liens filed by Qualitybuilt.com, and is supplemental to that submitted by Elizabeth R. Michaelis in this matter.

3. I graduated from Granite Hills High School in 1976, and have been working in the construction industry since that time. I attended classes in community college related to business, emergency medicine and construction, but received no degrees.

117912/5537.02

4.  I started my first construction company in 1976, and with a partner, worked in San Diego, Palm Springs, and Hawaii doing residential remodeling and custom homes. Along with attending numerous technical training seminars and working in all aspects of construction, I became a residential and commercial building inspector and consultant in 1984, and served as a local, regional and national director and president of various inspection trade groups.

5.  In 1985, I started working for various attorneys in the inspection, cost of repair and strategic planning of construction defect lawsuits. Since that time, I have been involved in over 3,000 residential and commercial claims as an industry expert, testified in municipal and superior courts more than 100 times, and have provided more than 500 expert depositions. I have been involved in cases ranging from single-family projects to multi-billion dollar class action cases where I was the principal investigative and testifying expert. Some of the projects included very well known class-action litigation cases such as the Quest Polybutylene water piping failures, involving more than one million homes, ABS sewer pipe failures, LP Siding, Waferwood, Masonite siding and others. The ABS Centaur pipe case alone was a $2.3 billion claim, where I provided expert assistance in the development of sophisticated sewer camera and testing robots which were used to investigate and repair damaged piping.

**HISTORY OF QUALITY BUILT**

6.  I created the Quality Built program in 1983 when I realized that construction quality was diminishing and insurance costs were skyrocketing. I developed metrics, applied for three U.S. Patents, numerous trademarks and copyrighted many business processes as the Quality Built program was maturing. As the inventor and innovator of the services, software, and quality tools, I was directly responsible for the programs and interaction with consultants, employees and management. Over the years, I have also lectured and conducted hundreds of direct technical and leadership training both internally and to Quality Built's customers.

7.  Quality Built's Field Consultants use Panasonic Toughbook ruggedized computers to run our software and observe active construction work to identify defects. During a site visit, thousands of potential quality issues are identified and recorded using the computer, and builders receive instant feedback and access to their data. Digital photos of quality construction are taken

and electronically linked to the checkpoints, so that work can be verified. Quality Built employs other software programs and the internet to give builders access to their information, share data with others and promote quality. Builders also may upload their documents and project files into Quality Built's systems for safekeeping. Some builders rely on Quality Built's QB BuilderLink® software platform, a unique tool developed to guide builders to document their own quality, verify tasks and request electronic loan payments. Other systems allow for paperless closure of open conditions, as well as help protect builders from extrapolation claims.

8. Quality Built became popular with builders and insurance companies since we were the first to specifically quantify a builder's true construction risk and develop proven methodologies to eliminate that risk prior to and during construction. I personally was responsible for developing the quality metrics used in the field to analyze and eliminate risk, otherwise known as "checkpoints." To date, by using sophisticated computers and custom software, Quality Built has triggered over 40 million quality checkpoints, captured millions of digital photos, and saved builders over $9.1 billion in quantified risk.

9. Quality Built, at the peak of the construction boom in 2005, was the largest and most advanced risk consultant firm in the country, with nearly 200 direct employees based at its head office in San Diego, its training and data center in Denver, and remotely throughout the country. In addition, Quality Built retained several engineering and inspection firms as subcontractors to service construction projects in 33 states. Quality Built received an award as one of the 25 "Fastest Growing Companies" in 2006, and was the only company which was specifically endorsed and mandated by numerous national insurance companies.

10. Quality Built became popular as it shared its important findings with builders and insurance underwriters, since our data proved the system worked to greatly reduce construction risk and improve construction quality, durability and safety of new buildings. Through the efforts of Beth Michaelis, our company President, Quality Built received numerous endorsements from major insurers such as Arch, Lexington, Zurich, and we were featured guests in London to present our yearly construction statistics. To further align our interests with the builders and set a standard of the highest quality, Quality Built, under the management of Beth Michaelis, became the first

1  construction consulting firm of its kind in the U.S. to have its quality management system become
2  ISO 9001:2000 registered.

3        11.    Quality Built's revenues continued to escalate during the 2000-2006 time period,
4  and reached a peak of $23.2 million in 2005. Since then, revenues began falling as builders
5  cancelled projects, filed for bankruptcy or terminated contracts.  As housing sales fell, so did
6  Quality Built's new contracts.  Revenues in 2007 fell to $16 million and to $8 million in 2008.

7        12.    During that time, I worked diligently with our clients trying to hold onto contracts
8  and reduce cancellations. In the past 18 months, Quality Built has received more than 30
9  bankruptcy notices from various builders across the country, significantly impacting its ability to
10 meet its cash obligations.  We have been plagued by numerous builders shutting down their
11 projects, and asking for refunds or reductions in contract scope and value.  Our largest builders
12 have demanded that Quality Built reduce its project contracts in re-negotiations.  As a result,
13 Quality Built has sustained significant losses due to contract reductions, cancellations, and
14 bankruptcies that are unprecedented in my 32 years in the construction industry.  Two of our
15 builder clients have committed suicide, and numerous other projects that were long in the pipeline
16 were abandoned.  In the first seven months of 2009, Quality Built's revenues have fallen to $2.5
17 million.

18       13.    As CEO, my full-time responsibilities include many of the same functions as
19 before, except recently with our reduction in staff I am more responsible for the day-to-day tasks
20 including my management duties.  As the CEO, I continue to promote the positive aspects of our
21 company, direct our culture and provide inspiration to our dwindling workforce.  Specific
22 management duties include management of software development, where I interact with our
23 software and programming team to design, implement and test current and future software
24 improvements.  I oversee all technical services, and am directly involved with our technical plan
25 reviews, checkpoint management, building risk services, employee training and field training.

26       14.    Since we have laid off all our architectural staff, I am the only qualified person to
27 conduct technical plan reviews for the company, a critical first step in any contract.  I manage the
28 Checkpoint Management System, which is the heartbeat of the company's functionality and billing

KEEHN & ASSOCIATES, APC
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · TELECOPIER (619) 400-2201

117912/5537.02

delivery interface.  I am the public voice of the company, which includes all public lectures and technical training of upper level customers and internal employees.  I am responsible for new product development, and interact with external stakeholders interested in working with Quality Built as these new products and services are developed.  I am the sole person to assist with our legal counsel for existing and new claims affecting our clients, as well as Quality Built discovery and claims strategies.  I am the only person in the company that provides public relations support to the press and company press releases, along with the compilation of strategic data reports for the industry.  For all construction meetings requiring a high-level technical consultant, I am the only person remaining to provide such support.  I also am the inventor of the three published patents that are utilized by Quality Built, and should I leave the employment of the firm without a buy-out of the patents, the software and hardware that Quality Built utilizes would be worthless.

15. In 2005, Quality Built sued its largest competitor, West Coast Property Consultants, Inc., for misappropriation of its trade secrets.  In November 2008, Quality Built won a jury verdict and a damages award of $1.7 million.   In June 2009, West Coast Property Consultants, Inc. filed for Chapter 11 bankruptcy.  The legal costs to litigate this issue were a significant impact to the company, but we felt the trade secrets at issue needed to be protected to ensure our superiority in the industry and as deterrent to other competitors.

16. In 2007, Quality Built filed a claim for breach of contract, misappropriation of trade secrets and other claims against its largest subcontractor, Coast to Coast Engineering Services, Inc. dba Criterium Engineers before the American Arbitration Association.  Criterium Engineers filed a counter claim against Quality Built.  In May 2009, despite thousands of incriminating documents and testimony against Criterium, the arbitrator awarded Criterium Engineers more than $3.6 million in damages, attorneys fees and costs plus interest. Although I believed the award would be eventually vacated, Quality Built lacks the funds to continue to pursue this issue in federal court.

17. Since May 2009, I have reached out to the principals of both West Coast Property Consultants and Criterium Engineers in an effort to settle these disputes.  In both cases, my efforts were rejected.

18. Quality Built engaged in numerous strategies to reduce our costs as sales plummeted and contracts were cancelled. We reduced staff, cut overhead costs and renegotiated internal contracts for services such as cellular and copiers. We closed our Aurora, Colorado training center and centralized our computer and technical training services at our San Diego offices.

19. Our San Diego office is comprised of 75,000 s.f. of office and warehouse space with a 10-year lease that commenced in August 2006. As the market soured, the building was placed on the market with Colliers International in December 2007, with no success. At about the same time, dozens of other commercial buildings surrounding our San Diego location began flooding the market. In January 2009, Quality Built began to sublease small offices with limited success, receiving approximately $8,000 a month in rental income. The building is currently listed for sale with Cushman & Wakefield.

20. Despite the cost-cutting strategies, employee lay-offs and reductions in executive pay, Quality Built's overhead costs exceed its ability to pay them and it cannot afford to pay the lease payment for its San Diego location. Currently Quality Built can operate in about 20,000 s.f. of space, including its computer server room and warehouse needs.

21. In July 2009, Quality Built offered to sell its data to the parties who commissioned its collection: builder insurers. I believed our data was valuable and could be used to thwart potential extrapolation claims against our builder clients, but if Quality Built became insolvent this data might be compromised. Detailed letters were sent to dozens of insurance clients with accompanying documentation on all projects for that insurer, along with information on how they could directly purchase the data. To date, not one insurer has responded to the offer.

22. In February 2009, Beth Michaelis and I decided that we would need to seek outside funding sources, since revenues continued to decline. I looked to disinterested venture capital entities and other investors, while Ms. Michaelis contacted her insurance contacts around the world. I spent hundreds of hours discussing Quality Built with dozens of interested parties, posted discrete blogs on venture capital websites, created a detailed prospectus, and researched new leads I obtained from financial magazines and papers. I created a Powerpoint presentation and

1 forwarded it to business incubators such as Google VC and others. I contacted business contacts
2 and requested their assistance, all to no avail. Such firms included Private Investor Forum, Bain
3 Capital Advisors, IRA Network LLC, PBell, Google VC Ventures, Business Plan Funding,
4 Oaktree Capital, GoBigNetwork, Harbor Reserve Ltd., CRV, Jim Watson, Allegis Capital,
5 Quantum Corporate Funding, Tim Schettler and Paul Roessel. Beth Michealis sought out and
6 negotiated a buy-out with a private investor, Gary Elzweig, of Florida, who was initially interested
7 in acquiring Quality Built around 2004-2005. In July 2009, detailed negotiations to purchase
8 Qualitybuilt.com's assets began with Mr. Elzweig, and I focused my attention on supporting his
9 efforts to acquire Quality Built as our last and only remaining opportunity to provide continued
10 services to our clients.

11       23. We have extensively discussed Quality Built's financial needs and its opportunities
12 with Mr. Elzweig of Quality Built, LLC, and I am convinced that after all my efforts, we have
13 provided the best opportunity of success for the company to serve our clients and employees. Mr.
14 Elzweig and his team have spent hundreds of hours investigating Quality Built's operations, and I
15 believe we have placed a fair market value on the assets. Mr. Elzweig has offered me a continuing
16 role in the new company, which I will accept if the acquisition is successful. I do not see how any
17 other entity could or would be able to acquire the same assets and offer the same or better services
18 to our clients, so I am firmly supportive of the acquisition as it is presently offered.

19       24. Without Mr. Elzweig's offer, I see no future to the survival of Quality Built due to
20 the outstanding financial obligations and the pending arbitration award against the company. Mr.
21 Elzweig is impressed with the human talent Quality Built possesses and has made a substantial
22 promise to continue the new entity with a majority of existing employees. In weighing the
23 decision to sell Quality Built's assets against continuing to fight the Criterium arbitration award in
24 court, I am confident that our decision to sell to Mr. Elzweig is in the best interests of the
25 company, its shareholders and clients.

26       25. [RESERVED]
27 ///
28 ///

117912/5537.02

**PRE-PETITION SALARY**

26. Prior to June 2009, I received a salary of approximately $275,000 per year. In June 2009, however, in an effort to assist the company in times of economic and financial difficulty, I voluntarily agreed to a reduction in my salary to $175,000 per year.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of August, 2009, at San Diego, California.

                                                   //s// Stanley R. Luhr
                                                 **STANLEY R. LUHR**

KEEHN & ASSOCIATES, APC
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · TELECOPIER (619) 400-2201