L. Scott Keehn, SBN 61691
Leslie F. Keehn, SBN 199153
**KEEHN & ASSOCIATES, APC**
402 W. Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

[Proposed] Attorneys
for Debtor and Debtor-in-Possession
Qualitybuilt.com, a California corporation

# UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**QUALITYBUILT.COM,**<br>a California corporation,<br><br>Debtor. | Case No.   09-12113-PB11<br><br>Chapter 11<br><br>**OMNIBUS DECLARATION OF SHEILA A. MURPHY IN SUPPORT OF FIRST DAY MOTIONS FILED BY DEBTOR**<br><br>Date:       N/A<br>Time:      N/A<br>Dept.:      4<br>Judge:    Hon. Peter W. Bowie |

I, Sheila A. Murphy, declare as follows:

1. I am employed as Controller for Qualitybuilt.com, a California corporation ("Qualitybuilt.com"), with offices at 15330 Avenue of Science, San Diego, California, and the debtor-in-possession in this matter. As such, I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently to those facts. This declaration is submitted in support of the *First Day Motions* by Debtor for Order Authorizing Debtor to Maintain Pre-Petition Bank Accounts and Merchant Accounts, and for an Order Determining Utilities to be Adequately Protected or, in the Alternative, Setting Adequate Protection Requirements.

2. Qualitybuilt.com operates an account at California Bank & Trust, Account No. 2020021101. The company's merchant account is linked to this account, as are the payroll

117910/5537.02

processing of direct deposits, payroll taxes, 401(k) deposits, and payroll fees.

3. A vast majority, well over 90%, of Qualitybuilt.com's cash receipts are by checks which are deposited into the California Bank & Trust account. A very small percentage of Debtor's cash receipts are credit card payments, which are processed using software and transferred to the California Bank & Trust account through a merchant account that is linked with the California Bank & Trust Account. Unless Debtor can immediately obtain relief from the Court to continue its use of this account, it will not be able to process checks or credit card payments.

4. Closing that account and re-opening another would delay Qualitybuilt.com's ability to process payroll for its employees, since we have run into issues with changing bank accounts with our payroll processing company in the past. Qualitybuilt.com would also have to order new check stock, which would be an additional expense that we cannot incur at this time, and would create additional wait time to get the checks printed, which would delay payments of our business-necessary expenses (utilities, insurance (health, business, workers compensation, etc).

5. Attached hereto as Exhibit A is a spreadsheet showing payments to utility and other providers (San Diego Gas & Electric, City of San Diego Water Department, AT&T telephone services, and Time Warner Telecom for telephone and internet) over the last 90 days, as well as average monthly payments for the last twelve months. Given its revenue stream, Qualitybuilt.com will be able to make payments to these providers during the pendency of this case.

6. As of the Petition Date, Qualitybuilt.com had $1,418,335.40 in accounts receivable. Based on the collection trends of accounts receivables over the last nine months, Qualitybuilt.com expects to collect 96% of all invoices generated April 1, 2009 and later, 50% of the open (unpaid) invoices generated between August 31, 2008 and March 31, 2009, and 20% of the open (unpaid) invoices dated prior to August 31, 2008. Attached as Exhibit B is an up-to-date summary of Qualitybuilt.com's aging accounts receivable report. I am aware of the $250,000 secured lien held by California Bank & Trust. Based on historical collectability, Qualitybuilt.com will collect accounts receivable well in excess of this amount

7. Nancy Correa serves Qualitybuilt.com's in-house general counsel. She was hired

1 on June 5, 2006, and has been a Qualitybuilt.com employee, providing general counsel services,
2 ever since that day.
3    I declare under penalty of perjury under the laws of the United States that the foregoing is
4 true and correct. Executed this 20th day of August, 2009, at San Diego, California.

6          //s// Sheila A. Murphy
7    **SHEILA A. MURPHY**

KEEHN & ASSOCIATES, APC
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 1210
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 400-2200 · TELECOPIER (619) 400-2201

# EXHIBIT A

Qualitybuilt.com
Payments made for utilities in the last 90 days (May 15 - August 14, 2009)
No security deposits at the current time for any of these accounts

San Diego Gas & Electric - current as of now.  New bill should be arriving any day now
 No security deposit has been given, but one has been requested for $8,752.

| Date | Amount Paid |
|---|---:|
| 6/11/2009 | 3,300.60 |
| 7/14/2009 | 5,845.08 |
| 8/11/2009 | 6,233.42 |
| | 15,379.10 |

City of San Diego - Water Department - Most recent invoice is outstanding ($239.29)

| Date | Amount Paid |
|---|---:|
| 6/3/2009 | 804.81 |

AT&T - telephone
Amount outstanding $516.08 from 6/16/09 - present

| Date | Amount Paid |
|---|---:|
| 5/20/2009 | 228.11 |
| 6/3/2009 | 587.43 |
| 8/11/2009 | 192.76 |
| | 1,008.30 |

Time Warner Telecom - Telephone and Internet
 Amount outstanding at 8/14/09 is 6,722.94, which are the bills 6/15/09 and 7/15/09

| Date | Amount Paid |
|---|---:|
| 6/3/2009 | 5,647.91 |
| 8/11/2009 | 5,692.15 |
| | 11,340.06 |

Average Monthly Amount per Utilities last 12 months

| | |
|---|---:|
| SDGE | 5,338.41 |
| City of San Diego Water Dept | 465.25 |
| Time Warner Telecom | 5,594.55 |

# EXHIBIT B

Qualitybuilt.com
Accounts Receivable Aging
as of 8/19/2009

|  | Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 days | Balance |
|---|---|---|---|---|---|---|
| Totals | (391,630.87) | 141,100.35 | 30,459.76 | 36,162.95 | 1,443,775.50 | 1,259,867.69 |
| Add back: Unapplied payments that do not age | 554,857.49 | 0.00 | 0.00 | 0.00 | 0.00 | 554,857.49 |
| Adjusted Aging | 163,226.62 | 141,100.35 | 30,459.76 | 36,162.95 | 1,443,775.50 | 1,814,725.18 |
| Probable collectability | 156,697.56 | 135,456.34 | 19,450.00 | 18,200.00 | 344,105.10 | 673,908.99 |

Assumptions:  Invoices under 120 days are estimated at 96% collectable, based on current collection activity levels
   Invoices over 120 days but under 1 year are estimated at 50% collectable, and invoices over 1 year are estimated
   at 20% collectable.