# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |
|---:|:---|
| **Debtor:** | QUALITYBUILT.COM, A CALIFORNIA CORPORATION |
| **Case Number:** | 09-12113-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 28, 2009 11:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matters:*

1) DEBTOR'S FIRST DAY MOTION FOR ORDER APPROVING ALL PROCEDURES, REQUIREMENTS, AND OTHER PROVISIONS SET FORTH IN SALES PROCEDURE ORDER (fr. 8/27/09)

2) DEBTOR'S FIRST DAY MOTION FOR ORDER AUTHORIZING BUT NOT REQUIRING DEBTOR TO PAY INTERIM COMPENSATION TO INSIDERS (fr. 8/27/09)

3) DEBTOR'S FIRST DAY MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL (fr. 8/27/09)

4) DEBTOR'S FIRST DAY MOTION FOR ORDER AUTHORIZING DEBTOR TO MAINTAIN PRE-PETITION BANK ACCOUNTS AND MERCHANT ACCOUNTS (fr. 8/27/09)

### *Appearances:*

HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
L. SCOTT KEEHN, ATTORNEY FOR QUALITYBUILT.COM
GERALD N. SIMS, ATTORNEY FOR CALIFORNIA BANK & TRUST

### *Disposition:*

1 & 3)  Continued to 9/24/09 at 2:30 p.m. for final hearing.
2 & 4)  Granted.

All 1st day motions granted nunc pro tunc to 8/28/09.  Waiver of administrative rent claims by Stanley Lur & Elizabeth Michaelis stated on the record.