# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | QUALITYBUILT.COM, A CALIFORNIA CORPORATION |
| **Case Number:** | 09-12113-PB11        **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 24, 2009 02:30 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matters:*

1) DEBTOR'S FIRST DAY MOTION FOR ORDER APPROVING ALL PROCEDURES, REQUIREMENTS, AND OTHER PROVISIONS SET FORTH IN SALES PROCEDURE ORDER (fr. 8/28/09)

2) DEBTOR'S FIRST DAY MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL (fr. 8/28/09)

### *Appearances:*

HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
L. SCOTT KEEHN, ATTORNEY FOR QUALITYBUILT.COM
GERALD N. SIMS, ATTORNEY FOR CALIFORNIA BANK & TRUST

### *Disposition:*

1)   Moot.

2)   Stipulated order to come from Keehn.  Continued to 1/11/10 at 11am for review of the status of cash collateral use.