L. Scott Keehn, SBN 61691
Lisa L. Keehn, SBN 167696
Leslie F. Keehn, SBN 199153
**KEEHN & ASSOCIATES, APC**
402 W. Broadway, Suite 1210
San Diego, California 92101
Telephone: (619) 400-2200

Attorneys for Debtor-in-Possession,
Qualitybuilt.com, a California corporation

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 09-12113-PB11 |
| **Qualitybuilt.com, a California corporation,** | Chapter 11 |
| Debtor. | **DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR JUNE 1, 2010 - JUNE 30, 2010** |

**TO:     THE HONORABLE PETER W. BOWIE**
          **UNITED STATES BANKRUPTCY JUDGE**

The Debtor-In-Possession hereby files its monthly Operating Report pursuant to the United States Trustee's Operating and Reporting Requirements for Chapter 11 cases.

Date: _July 19, 2010_          **KEEHN & ASSOCIATES, APC**

                    By:   _//s// L. Scott Keehn_
                          L. Scott Keehn
                          Attorneys for Debtor-in-Possession
                          **Qualitybuilt.com, a California corporation**

120105/5537.06

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

In Re:

Qualitybuilt.com

Debtor(s).

CHAPTER 11 (BUSINESS)

CASE NO. 09-12113-B11
OPERATING REPORT NO. 11
FOR THE MONTH ENDING:
June 30, 2010

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

original 63177.85

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS  $ 1877410.67

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS  $ 1872980.08

3. BEGINNING BALANCE:  $ 67608.44

4. RECEIPTS DURING CURRENT PERIOD:

   ACCOUNTS RECEIVABLE - PRE-FILING  $ -0-
   ACCOUNTS RECEIVABLE - POST-FILING  $ -0-
   GENERAL SALES  $ -0-
   OTHER (SPECIFY) work. comp Ins refund  $ 16279.00
   OTHER ** (SPECIFY) _____  $ -0-

   TOTAL RECEIPTS THIS PERIOD:  $ 16279.00

5. BALANCE:  $ 83887.44

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

   TRANSFERS TO OTHER DIP ACCOUNTS  $ -0-
   DISBURSEMENTS  $ 8118.86
   TOTAL DISBURSEMENTS THIS PERIOD ***:  $ 8118.86

7. ENDING BALANCE:  $ 75768.58

8. GENERAL ACCOUNT NUMBER  202002-1101
   DEPOSITORY NAME AND LOCATION  CA Bank + Trust  1024 Grayes Ave El Cajon CA

---

\* _All receipts must be deposited into the general account._
\*\* _Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale._
\*\*\*_This amount should be the same as the total from page 2._

Debtor-in-Possession Monthly Operating Report (Business) - Page 1 of 13

ORR-page 21 (rev. 03/01/08)

Qualitybuilt.com
Case No. 09-12113-B11
Operating Report #11
June 2010
Disbursements Report

| Checkbk ID | Date | CM Trx Nbr | PaidToRecvd From | Amount | Purpose |
|---|---|---|---|---|---|
| CAL01-CK | 6/10/2010 | DAJ000001279 | Cal Bank & Trust | $25.00 | Credit Card Merchant fees |
| CAL01-CK | 6/11/2010 | DAJ000001285 | Cal Bank & Trust | $93.25 | Bank Fees |
| CAL01-CK | 6/12/2010 | 16959 | Secretary of State - CA | $30.00 | Change to designated agent |
| CAL01-CK | 6/15/2010 | 17100 | ADP | $719.75 | PR Fees for March & Amended Tax Return fees |
| CAL01-CK | 6/15/2010 | 17101 | AT & T | $369.66 | Telephone |
| CAL01-CK | 6/15/2010 | 17102 | Aurora Water | $17.28 | Share of March water bill - pre acq |
| CAL01-CK | 6/15/2010 | 17103 | Bruno Skorheim LLP | $2,750.00 | Paccounting Services - 2008 tax returns |
| CAL01-CK | 6/15/2010 | 17104 | Edco Disposal Corp | $442.07 | Building Maintenance |
| CAL01-CK | 6/15/2010 | 17105 | GA Department of Revenue | $10.00 | 2008 Taxes due |
| CAL01-CK | 6/15/2010 | 17106 | Idaho State Tax Commission | $20.00 | 2008 Taxes due |
| CAL01-CK | 6/15/2010 | 17107 | Stan Luhr & Elizabeth Michaelis | $194.79 | Reimb for March pre-acq util paid in error |
| CAL01-CK | 6/15/2010 | 17108 | Schor & Freeland | $45.00 | Legal Services |
| CAL01-CK | 6/15/2010 | 17109 | State Comptroller - Texas | $3,268.06 | 2008 Taxes due |
| CAL01-CK | 6/15/2010 | 17110 | Tennessee Department of Revenue | $134.00 | 2008 Taxes due |

$8,118.86

```
System:     7/13/2010   12:28:00 PM              Qualitybuilt.com                      Page:   1
User Date:  7/13/2010                       RECONCILIATION POSTING JOURNAL             User ID: MurphySNeil
                                                 Bank Reconciliation
```

Audit Trail Code: CMADJ00000050                         Bank Statement Ending Balance: $79,562.51
Checkbook ID:    CAL01-CK                               Bank Statement Ending Date:    6/30/2010
Description:     Cal. Bank and Trust Oper Chkg         Cutoff Date:                    6/30/2010


Statement Ending Balance                    $79,562.51
Outstanding Checks (-)                       $3,793.93
Deposits in Transit (+)                          $0.00

Adjusted Bank Balance                       $75,768.58

Checkbook Balance as of Cutoff              $75,768.58
Adjustments                                      $0.00

Adjusted Book Balance                       $75,768.58

Difference                                       $0.00

```
System:     7/13/2010   12:28:00 PM              Qualitybuilt.com                      Page:    1
User Date:  7/13/2010                     BANK ADJUSTMENTS POSTING JOURNAL             User ID: MurphySNeil
                                                Bank Reconciliation
```

Audit Trail Code:  CMADJ00000050
Checkbook ID:      CAL01-CK
Description:       Cal. Bank and Trust Oper Chkg

| Type | Number | Date | Posting Date | Checkbook Amount |
|------|--------|------|--------------|------------------|

Total Adjustments:   0

```
System:     7/13/2010   12:28:01 PM              Qualitybuilt.com                    Page:    1
User Date:  7/13/2010                      CLEARED TRANSACTIONS JOURNAL        User ID: MurphySNeil
                                               Bank Reconciliation
```

Audit Trail Code: CMADJ00000050
Checkbook ID:     CAL01-CK
Description:      Cal. Bank and Trust Oper Chkg
Sorted By:        Type

| Type | Number       | Date      | Paid To/Rcvd From              | Trx Amount    | Cleared Amount |
|------|--------------|-----------|--------------------------------|---------------|----------------|
| CHK  | 17100        | 6/15/2010 | ADP Inc.                       | ($719.75)     |                |
| CHK  | 17101        | 6/15/2010 | AT&T                           | ($369.66)     |                |
| CHK  | 17102        | 6/15/2010 | Aurora Water                   | ($17.28)      |                |
| CHK  | 17103        | 6/15/2010 | Bruno Skorheim LLP             | ($2,750.00)   |                |
| CHK  | 17104        | 6/15/2010 | Edco Disposal Corporation      | ($442.07)     |                |
| CHK  | 17105        | 6/15/2010 | Georgia Department of Revenue  | ($10.00)      |                |
| CHK  | 17106        | 6/15/2010 | Idaho State Tax Commission     | ($20.00)      |                |
| CHK  | 17108        | 6/15/2010 | Schor & Freeland, LLP          | ($45.00)      |                |
| CHK  | 17109        | 6/15/2010 | State Comptroller - Texas      | ($3,268.06)   |                |
| CHK  | 17110        | 6/15/2010 | Tennessee Department of Revenu | ($134.00)     |                |
| AJ   | IAJ000001286 | 6/21/2010 | Chartis                        | $16,279.00    |                |
| AJ   | IAJ000001289 | 6/10/2010 | Cal Bank Trust                 | $25.00        |                |
| AJ   | DAJ000001279 | 6/10/2010 | Cal Bank & Trust               | ($25.00)      |                |
| AJ   | DAJ000001284 | 6/10/2010 | Cal Bank & Trust               | ($25.00)      |                |
| AJ   | DAJ000001285 | 6/11/2010 | Cal Bank & Trust               | ($93.25)      |                |

15 Transaction(s)

Totals:
Number of Payments         13
Amount of Payments   $7,919.07
Number of Deposits          2
Amount of Deposits  $16,304.00

```
System:      7/13/2010   12:28:02 PM              Qualitybuilt.com                            Page:   1
User Date:   7/13/2010                       OUTSTANDING TRANSACTIONS REPORT                  User ID: MurphySNeil
                                                  Bank Reconciliation
```

Checkbook ID: CAL01-CK
Description: Cal. Bank and Trust Oper Chkg
Sorted By:   Type

| Type | Number | Date | Paid To/Rcvd From | Trx Amount |
|---|---|---|---|---|
| CHK | 16959 | 6/12/2010 | Secretary of State - CA | ($30.00) |
| CHK | 17004 | 3/12/2010 | James Edward Engineering | ($1,626.88) |
| CHK | 17067 | 3/17/2010 | ADP Retirement Services, Inc. | ($1,500.00) |
| CHK | 17107 | 6/15/2010 | Stan Luhr & Elizabeth Michaeli | ($194.79) |
| CHK | 1937  | 1/11/2008 | Joselyn Brown | ($442.26) |

5 Transaction(s)

Totals:
| | |
|---|---|
| Number of Payments | 5 |
| Amount of Payments | $3,793.93 |
| Number of Deposits | 0 |
| Amount of Deposits | $0.00 |



CALIFORNIA BANK TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 1
This Statement: June 30, 2010
Last Statement: May 28, 2010

Account 2020021101

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0074508          4182-06-0000-CBT-PG0019-00010

QUALITYBUILT COM
14406 E EVANS AVE STE 100
AURORA CO 80014-1479

El Cajon
1024 Graves Avenue
El Cajon, CA 92021-4558
(619) 440-0411

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Analysis Checking | 2020021101 | $79,562.51 | |

## ANALYSIS CHECKING 2020021101

103   10

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 71,177.58 | 16,279.00 | 118.25 | 7,775.82 | 79,562.51 |

### 1 DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 06/21 | 16,279.00 | Remote 0010500231000000047 6059775853 |

### 2 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 06/10 | 25.00 | TRANSFIRST LLC DISCOUNT 41399800545268 REF # 010161005788151 1101536579 |
| 06/21 | 93.25 | ANALYSIS SERVICE FEE |

### 10 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 17100 | 06/23 | 719.75 | 17104 | 06/24 | 442.07 | 17108* | 06/22 | 45.00 |
| 17101 | 06/23 | 369.66 | 17105 | 06/23 | 10.00 | 17109 | 06/24 | 3,268.06 |
| 17102 | 06/21 | 17.28 | 17106 | 06/28 | 20.00 | 17110 | 06/23 | 134.00 |
| 17103 | 06/21 | 2,750.00 | | | | | | |

* Not in check sequence

### INSUFFICIENT FUNDS (NSF) & OVERDRAFT (OD) FEE TOTALS

| | This Statement Period | Year-to-Date |
|---|---|---|
| Total OD & NSF - Items Pd | $0.00 | $0.00 |
| Total NSF- Items Rt | $0.00 | $0.00 |

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/10 | 71,152.58 | 06/22 | 84,526.05 | 06/24 | 79,582.51 |
| 06/21 | 84,571.05 | 06/23 | 83,292.64 | 06/28 | 79,562.51 |

MEMBER FDIC

0074508-0000001-0113765

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| | | None | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE | -0- |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:
    GROSS SALES SUBJECT TO SALES TAX    $ -0-
    TOTAL WAGES PAID    $ -0-

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ -0- | $ -0- | |
| STATE WITHHOLDING | $ -0- | $ -0- | |
| FICA - EMPLOYER'S SHARE | $ -0- | $ -0- | |
| FICA - EMPLOYEE'S SHARE | $ -0- | $ -0- | |
| FEDERAL UNEMPLOYMENT | $ -0- | $ -0- | |
| STATE WITHHOLDING | $ -0- | $ -0- | |
| SALES AND USE | $ 194 | $ -0- | |
| REAL PROPERTY | $ -0- | $ -0- | |
| OTHER: (SPECIFY) | $ -0- | $ -0- | |
| TOTAL: | $ 194 | $ -0- | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 8 of 13

ORR-page 30 (rev. 03/01/08)

## IV. AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

| | ACCOUNTS PAYABLE* (POST-PETITION ONLY) | ACCOUNTS Pre-Petition | RECEIVABLE Post-Petition |
|---|---|---|---|
| 30 days or less | (200.00) | -0- | -0- |
| 31 - 60 days | -0- | -0- | -0- |
| 61 - 90 days | -0- | -0- | -0- |
| 91 - 120 days | -0- | -0- | -0- |
| Over 120 days | 28871.71 | 1361803.56 | 22142.62 |
| TOTALS: | 28671.71 | 1361803.56 | 22142.62 |

## V. INSURANCE COVERAGE   None - all insurance terminated 3/16/2010

| | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | | | | |
| Worker Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| | | | | |
| | | | | |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| | | NONE. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* *Post-Petition Accounts Payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.*

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| | • None | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* *Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)*

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 10 of 13

ORR-page 32 (rev. 03/01/08)

Qualitybuilt.com
Profit and Loss Statement
(Accrual Basis Only)
Operating Report #11 June 1 - 30, 2010

|  | Current Month | Previous Cum | Cumulative Post Petition |
|---|---:|---:|---:|
| **Sales/Revenue** | | | |
| Gross Sales/Revenue | 1,404.52 | 1,392,205.69 | 1,393,610.21 |
| Less: Returns/Discounts/Bad Debt | 0.00 | (11,912.42) | (11,912.42) |
| Net Sales/Revenue | 1,404.52 | 1,380,293.27 | 1,381,697.79 |
| **Cost of Goods Sold:** | | | |
| Beginning Inventory at Cost | 8,679.17 | 31,938.58 | 40,617.75 |
| Purchases | 0.00 | 22,962.01 | 22,962.01 |
| Less: Ending Inventory at Cost | (8,679.17) | (35,754.39) | (44,433.56) |
| Subcontractors | 0.00 | 174,934.62 | 174,934.62 |
| Cost of Goods Sold | 0.00 | 194,080.82 | 194,080.82 |
| **Gross Profit** | 1,404.52 | 1,186,212.45 | 1,187,616.97 |
| Other Operating Income/Itemize | 0.00 | 0.00 | 0.00 |
| **Operating Expenses:** | | | |
| Payroll - Insiders | 0.00 | 117,331.16 | 117,331.16 |
| Payroll - Other Employees | 0.00 | 743,779.24 | 743,779.24 |
| Payroll Taxes | (508.67) | 70,045.78 | 69,537.11 |
| Other Taxes (itemize) | 0.00 | 0.00 | 0.00 |
| Depreciation and Amortization | 0.00 | 0.00 | 0.00 |
| Rent Expense - Real Property | 0.00 | 124,151.63 | 124,151.63 |
| Lease Expense - Personal Property | 0.00 | 13,976.18 | 13,976.18 |
| Insurance | (16,279.00) | 146,705.16 | 130,426.16 |
| Real Property Taxes | 0.00 | 5,887.28 | 5,887.28 |
| Telephone and Utilities | 0.00 | 70,088.36 | 70,088.36 |
| Repairs & Maintenance | 0.00 | 280.84 | 280.84 |
| Travel & Entertainment (itemize - (a)) | 0.00 | 84,752.96 | 84,752.96 |
| Miscellaneous Operating Expenses (itemize (b)) | 822.11 | 73,484.84 | 74,306.95 |
| Total Operating Expenses | (15,965.56) | 1,450,483.43 | 1,434,517.87 |
| Net Gain/(Loss) from Operations | 17,370.08 | (264,270.98) | (246,900.90) |
| **Non-Operating Income:** | | | |
| Interest Income | 0.00 | 722.96 | 722.96 |
| Net Gain on Sale of Assets | 0.00 | 0.00 | 0.00 |
| Other (Itemize - (d)) | 0.00 | 7,569.56 | 7,569.56 |
| Total Non-Operating Income | 0.00 | 8,292.52 | 8,292.52 |
| **Non-Operating Expenses:** | | | |
| Interest Expense | (121.42) | (5,015.51) | (5,136.93) |
| Legal & Professional (Itemize - (c)) | (12,690.74) | (222,675.27) | (235,366.01) |
| Other (itemize - (d)) | 1,501.24 | (8,709.18) | (8,709.18) |
| Total Non-Operating Expenses | (11,310.92) | (236,399.96) | (249,212.12) |
| **Net Income/(Loss)** | 6,059.16 | (492,378.42) | (487,820.50) |

Qualitybuilt.com
Itemized line items
Profit and Loss Statement
(Accrual Basis Only)
Operating Report #11 June 1 - 30, 2010

|  | Current Month | Previous Cum | Cumulative Post Petition |
|---|---:|---:|---:|
| **(a) - Travel & Entertainment** | | | |
| Airfare | 0.00 | 10,199.31 | 10,199.31 |
| Hotel | 0.00 | 10,927.39 | 10,927.39 |
| Car Rental | 0.00 | 5,455.91 | 5,455.91 |
| Meals | 0.00 | 3,674.91 | 3,674.91 |
| Gasoline for Rental Cars | 0.00 | 506.46 | 506.46 |
| Mileage Reimbursement | 0.00 | 52,180.49 | 52,180.49 |
| Parking & Tolls | 0.00 | 1,808.49 | 1,808.49 |
| Total Travel & Entertainment | 0.00 | 84,752.96 | 84,752.96 |
| **(b) - Miscellaneous Operating Expenses** | | | |
| Freight & Shipping | 0.00 | 88.38 | 88.38 |
| Office Expense | 300.00 | 1,325.08 | 1,625.08 |
| Office Supplies | 0.00 | 698.79 | 698.79 |
| Computer Expense | (9.02) | 6,753.87 | 6,744.85 |
| Licenses/Bonds/Fees | 30.00 | 526.51 | 556.51 |
| Moving Expense | 0.00 | 12,922.31 | 12,922.31 |
| Penalties | 311.88 | 652.00 | 963.88 |
| Postage | 0.00 | 3,075.01 | 3,075.01 |
| Printing | 0.00 | 296.07 | 296.07 |
| Cell Phone Expense | 61.00 | 9,835.11 | 9,896.11 |
| Job Material | 0.00 | 222.59 | 222.59 |
| Credit Card Fees | 25.00 | 443.64 | 468.64 |
| Client/Employee Relations | 0.00 | (165.40) | (165.40) |
| Payroll Service | 10.00 | 10,846.08 | 10,856.08 |
| Bank Service Charges | 93.25 | 640.02 | 733.27 |
| COBRA Subsidy Admin Fee | 0.00 | 377.46 | 377.46 |
| Security | 0.00 | 5,427.67 | 5,427.67 |
| Building Improvements | 0.00 | 4,934.44 | 4,934.44 |
| Janitorial Expenses | 0.00 | 2,479.60 | 2,479.60 |
| Temporary Services | 0.00 | 9,213.27 | 9,213.27 |
| Employee Recruitment | 0.00 | 57.00 | 57.00 |
| Marketing & Advertising | 0.00 | 2,748.59 | 2,748.59 |
| Costs/(Cost Recovery) from Sublease tenants | 0.00 | 86.75 | 86.75 |
|  | 822.11 | 73,484.84 | 74,306.95 |
| **(c) - Legal and Professional** | | | |
| Thompson West - Legal Research | 0.00 | (3,131.76) | (3,131.76) |
| Keehn & Associates | (9,940.74) | (169,981.29) | (179,922.03) |
| Cal Bank & Trust-Cash Collateral Legal Fees | 0.00 | (14,879.09) | (14,879.09) |
| Ordinary Legal Services | 0.00 | (16,605.76) | (16,605.76) |
| Ordinary Accounting Services | (2,750.00) | 0.00 | (2,750.00) |
| Accounting Services/401(k) | 0.00 | (2,247.31) | (2,247.31) |
| National Quality Assurance - ISO | 0.00 | (1,205.06) | (1,205.06) |
| US Trustee Fees | 0.00 | (14,625.00) | (14,625.00) |
|  | (12,690.74) | (222,675.27) | (235,366.01) |

Qualitybuilt.com
Itemized line items
Profit and Loss Statement
(Accrual Basis Only)
Operating Report #11 June 1 - 30, 2010

| | | | |
|---|---:|---:|---:|
| (d) - Other Non-Operating Income/Expense | | | |
| Starbucks - meeting room rental beverage svc | 0.00 | (161.87) | (161.87) |
| Other Income - proceeds from Liquidation Sale | 0.00 | 7,569.56 | 7,569.56 |
| Other Income - Document Production fee | 4,500.00 | 0.00 | 4,500.00 |
| Sales Tax Audit Determination | 0.00 | (8,547.31) | (8,547.31) |
| State Income Taxes - 2008 | (2,998.76) | 0.00 | (2,998.76) |

Qualitybuilt.com
Balance Sheet
(Accrual Basis Only)
Operating Report #11 June 1 - 30, 2010

## ASSETS

**Current Assets:**

| | | |
|---|---:|---:|
| Unrestricted Cash | 75,768.58 | |
| Restricted Cash | 0.00 | |
| Accounts Receivable | 1,430,883.93 | |
| Inventory | 8,679.17 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses | 0.00 | |
| Other (itemize (a)) | 1,755,098.13 | |
| Total Current Assets | | 3,270,429.81 |
| | | |
| Property, Plant & Equipment | 1,121,853.64 | |
| Accumulated Depreciation/Depletion | (366,765.00) | |
| Net Property, Plant & Equipment | | 755,088.64 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (itemize (b)) | 4,002.25 | |
| Total Other Assets | | 4,002.25 |
| | | |
| **TOTAL ASSETS** | | **4,029,520.70** |

## LIABILITIES

**Postpetition Liabilities**

| | | |
|---|---:|---:|
| Accounts Payable | 28,671.71 | |
| Taxes Payable | 193.83 | |
| Notes Payable | 0.00 | |
| Professional Fees | 0.00 | |
| Secured Debt | 0.00 | |
| Other (itemize (c)) | 227,989.43 | |
| Total Post-Petition Liabilities | | 256,854.97 |
| | | |
| Prepetition Liabilities: | | |
| Secured Liabilities | 40,000.00 | |
| Priority Liabilites | 21,900.00 | |
| Unsecured Liabilities | 5,480,337.39 | |
| Other (itemize) | 0.00 | |
| Total Prepetition Liabilities | | 5,542,237.39 |
| **TOTAL LIABILITIES** | | **5,799,092.36** |
| | | |
| EQUITY: | | |
| Prepetition Owners' Equity | (1,281,751.16) | |
| PostPetition Profit/(Loss) | (487,820.50) | |
| Direct Charges to Equity | 0.00 | |
| **TOTAL EQUITY** | | **(1,769,571.66)** |
| | | |
| **TOTAL LIABILITIES & EQUITY** | | **4,029,520.70** |

Qualitybuilt.com
Itemized line items
Balance Sheet
Accrual Basis Only
Operating Report #11 June 1 - 30, 2010

(a) Other Current Assets

| | |
|---|---:|
| Accounts Receivable from Judgments | 1,716,529.01 |
| Employee Advances | 17,760.82 |
| A/R - FAEC Holdings Science Building Partners | 1,900.00 |
| Accounts Receivable - Other | 2,000.00 |
| COBRA Subsidy Receivable | 3,254.09 |
| Customer Pmts made against Texas Sales Tax Lien | 4,585.48 |
| Due from PPC | 0.00 |
| Due from Rhule | 0.00 |
| Due from Quality Built LLC | 8,383.73 |
| Post Petition Bankruptcy Deposits | 685.00 |
| | 1,755,098.13 |

(b) Other Assets

| | |
|---|---:|
| Software, net of amortization | 4,002.25 |

(c) Other Post Petition Liabilities

| | |
|---|---:|
| Notes Payable - Admin Priority - Stan Luhr | 227,989.43 |
| (paydown of Cal Bank & Trust Pre-Petition Secured liab) | |



## XI. QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

   ✓ No.
   ___ Yes. Explain _____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

   ✓ No.
   ___ Yes. Amount, to whom, and for what period? _____

3. State what progress was made during the reporting period toward filing a plan of reorganization:
   Nothing New

4. Describe potential future developments which may have a significant impact on the case.
   None

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?
   ✓ No.
   ___ Yes. Please set forth the amounts and the source of the income.

I, Elizabeth R. Michaelis, President (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date: 7/14/2010

_Elizabeth R. Michaelis_
Principal for debtor-in-possession

Debtor-in-Possession Monthly Operating Report (Business) - Page 13 of 13

ORR-page 35 (rev. 03/01/08)